IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUSTIN ETTER | § | |
| | § | |
| v. | § | Adversary Case No. 25-03382 |
| | § | |
| JEROD P. FURR, et al. | § | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

Plaintiff Dustin Etter hereby serves and gives this certificate of service of the attached Order (Doc. 2).

Respectfully submitted,

IRELAN STEPHENS, PLLC

By: /s/ Noah Meek
_____
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@irelanlaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax:     (713) 222-7669

**ATTORNEYS FOR PLAINTIFF
DUSTIN ETTER**

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2025, a true and correct copy of this instrument was served upon all parties **via ECF** in compliance with the Federal Rules of Bankruptcy Procedure.

/s/ Noah Meek
_____
Noah Meek