UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Chapter 11 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| DUSTIN ETTERS, | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| JEROD P. FURR, ET AL, | § | |
| | § | |
| Defendants, | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Howley Law PLLC hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as proposed counsel to Tom A. Howley, Chapter 11 Trustee (the "Trustee") and request, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

**Eric Terry**
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
Email: eric@howley-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Trustee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Trustee is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Trustee expressly reserves, or (5) to any and all defenses or objections the Trustee may have to any claims asserted against him in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: June 18, 2025
  Houston, Texas

Respectfully submitted,

  /s/ Eric Terry
**Eric Terry**
Texas Bar No.  00794729
HOWLEY LAW PLLC
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
Email:  eric@howley-law.com

***Proposed Counsel for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

      I certify that on June 18, 2025, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

                                  */s/ Eric Terry*
                                  Eric Terry