IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| v. | § | Adversary Case No. 25-03382 |
| | § | |
| **JEROD P. FURR, et al.** | § | |

**ORDER ON SCHEDULING-RELATED MOTIONS OF PLAINTIFF AND TRUSTEE**

The Court rules as follows on the scheduling-related motions of Plaintiff and Trustee (Doc. 6 and Doc. 11). As further set forth below, the Trustee's Motion is GRANTED with the exceptions requested by Plaintiff stated under Paragraph 3.

Upon motions, this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b), and that this Court may enter an order consistent with Article II of the United States Constitution, and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and this Court having found that notice and an opportunity for a hearing was given and no other notice need be provided, this Court has found that the relief below is in the best interests of the Debtors' estate, its creditors, and other parties in interest. It is therefore hereby ORDERED that:

1. The Rule 16 Conference Order is amended as stated herein.

2. The Rule 16 Conference shall be continued to [_____].

3. All deadlines related to this Adversary Case including discovery deadlines shall be abated until the Court orders otherwise, except with respect to the following matters:

    a. Pursuant to FED. R. CIV. P. 26, any party is immediately permitted to conduct

discovery from Jerod P. Furr or any nonparty bank or financial institution regarding bank statements and records related to deposits into and withdrawals from the bank account ending in 2389 for any period beginning on or after August 1, 2024.

b. Jerod Furr is ORDERED to produce monthly bank statements for the account ending in 2389 for any month starting on or after August 1, 2024 to all parties within fourteen (14) days of the date of this request.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SIGNED on July _____, 2025.

_____
JUDGE PRESIDING