United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 08, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Chapter 11 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| DUSTIN ETTER, | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| JEROD P. FURR, ET AL, | § | |
| | § | |
| Defendants, | § | |

## ORDER GRANTING MOTION (I) CONTINUING RULE 16 CONFERENCE, (II) ABATING ALL DEADLINES REGARDING SAME AND (III) GRANTING RELATED RELIEF
### [Related to Docket Nos. 6 and 11]

Upon the motion (the "**Motion**")[1] of the Trustee for entry of an order (this "**Order**") (a) continuing the Rule 16 conference; and (b) abating all deadlines regarding same, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article II of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.      The Rule 16 Conference Order is amended as stated herein.

2.      The Rule 16 Conference shall be continued to August 11, 2025 at 9:30 a.m. CST by telephone and video.

3.      Except as provided herein, all deadlines related to the Adversary including discovery deadlines shall be abated until August 11, 2025.

4.      On or before July 14, 2025, Defendant Furr shall produce account statements regarding Furr's bank account ending in 2389 from August 1, 2024 to the present.

5.      A status conference shall be held on July 22, 2025 at 4:00 p.m. CST by telephone and video.  Defendant Etter's Motion at Docket No. 6 is abated until July 22, 2025 at 4:00 p.m.

6.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: July 08, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Etter,

    Plaintiff                                                         Adv. Proc. No. 25-03382-arp

Furr,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Tom Howley, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| dft | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| dft | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| pla | + | Dustin Etter, 2520 Caroline, 2nd Floor, Houston, TX 77004, UNITED STATES 77004-1000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AE Partners Holdings, Inc. |
| dft | | AEP Asset Holdings, LLC |
| dft | | Connect Realty.com, Inc. |
| dft | | Corina Furr |
| dft | | Heaven Lee Properties, LLC |
| dft | | Invictus Drilling Motors, LLC |
| dft | | Jeana Lea Hurley |
| dft | | Jerod P Furr |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

| Name | | Email Address |
|---|---|---|

District/off: 0541-4

Date Rcvd: Jul 08, 2025

User: ADIuser

Form ID: pdf002

Page 2 of 2

Total Noticed: 4

Branch Masterson Sheppard

on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard

on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard

on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Deborah Louise Crain

on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant Jerod P Furr dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law

Deborah Louise Crain

on behalf of Defendant Corina Furr dcrain@e-merger.law

James Randal Bays

on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays

on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

Leonard H Simon

on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Noah E Meek

on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Sara Aniece Morton

on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton

on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton

on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley

on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

TOTAL: 23