


663-04-01-00 10910   0 C 001 30 S   66 002
ALLIANCE ENERGY PARTNERS LLC
20008 CHAMPION FOREST DR STE 1203
SPRING TX   77379-8697

# Your account statement
For 02/28/2025

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ ANALYZED CHECKING 1440003583728

## Account summary

| | |
|---|---:|
| Your previous balance as of 01/31/2025 | $303,150.76 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 326,538.64 |
| Deposits, credits and interest | + 23,895.00 |
| Your new balance as of 02/28/2025 | = $507.12 |

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/03 | TRUIST ONLINE TRANSFER MOBILE TO ****3493 - | 300,000.00 |
| 02/03 | ACH SETTLEMENT | 3,125.00 |
| 02/04 | Alarm Svc  Brinks Home Sec 8039 jerod Furr | 67.07 |
| 02/04 | Alarm Svc  Brinks Home Sec 8047 Jerod Furr | 67.07 |
| 02/04 | Alarm Svc  Brinks Home Sec 8054 Jerod Furr | 67.07 |
| 02/05 | ACH RETURN | 4,500.00 |
| 02/05 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 02/11 | ACH CORP DEBIT Auto Pay   MBFS.COM BBT CUSTOMER ID 5002015603 | 4,294.73 |
| 02/11 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 02/12 | ACH CORP DEBIT BILLPAY    HANOVER INS ALLIANCE ENERGY PARTNE CUSTOMER ID INS PMNT | 1,062.41 |
| 02/12 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 02/13 | ACH CORP DEBIT ALLY PAYMT ALLY Alliance Energy CUSTOMER ID 0091747751/001 | 859.55 |
| 02/18 | ACH SETTLEMENT | 4,500.00 |
| 02/18 | ACH SETTLEMENT | 5,750.00 |
| 02/19 | ACH      ALERT 360 5009 ALLIANCE ENERGY | 68.10 |
| 02/21 | SERVICE CHARGES - PRIOR PERIOD | 165.37 |
| 02/25 | Alarm Svc  Brinks Home Sec 8062 Jerod Furr | 67.07 |
| 02/26 | INTERNET PAYMENT E727A6076B CHAMPION ENERGY 877-653-5090 | 1,801.20 |
| 02/26 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| **Total other withdrawals, debits and service charges** | | **= $326,538.64** |

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/04 | ACH REVERSAL SETTLEMENT | 4,500.00 |
| 02/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****5958 - | 4,300.00 |
| 02/13 | ASE OP    ARROW S ENERGY ALLIANCE ENERGY PARTNE  CUSTOMER ID 17015 | 6,095.00 |
| 02/18 | INCOMING WIRE TRANSF SYS WIRE REF# 20250218-00013179 | 8,000.00 |
| 02/28 | TRUIST ONLINE TRANSFER MOBILE FROM ****3493 - | 1,000.00 |
| **Total deposits, credits and interest** | | **= $23,895.00** |

Effective March 2025, the first $100 of your total check deposit will no longer be made immediately available for check deposits made at the ATM. All deposits are subject to the Funds Availability Policy found in the Commercial Bank Services Agreement and the Business Deposit Accounts Fee Schedule at www.truist.com/businessdepositsfeeschedule.

Changes will be effective March 18, 2025 to the Commercial Bank Services Agreement ("CBSA") that governs your account, including revisions under Section J (Availability of Funds). Continued use of your account constitutes your acceptance of the changes. The current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have questions about these changes, contact your local Truist Branch, your relationship manager, or call 844-4TRUIST (844-487-8478).


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC