```
< < < IntraNET > > >
RCVD FROM AE PARTNERS HOLDINGS INC     20008 CHAMPION FOREST DR STE 1203
SENDER'S DDA # 503207404

TRN REF #: 20220927-00002914
--------------------------------------------------------------------------------
         **** MESSAGE ENVELOPE ****           ( Bank : FNB )

                                              SND DATE: 22/09/27
SRC:BLT CALLER:                               EXT:

RPT#         AMT:60,000.00              CUR:USD                 TRDR#
TEST: DUE:                              TYP:FTR/1000 FNDS:S CHG:DB:1 CD:0 COM:N CBL:N
--------------------------------------------------------------------------------
DBT D/503207404/                CDT A/111017694                 ADV:FED
DEBIT VAL: 22/09/27             CREDIT VAL: 22/09/27
DEPT:0020143                    DEPT:0020143
AE PARTNERS HOLDINGS INC        TRUIST BANK
20008 CHAMPION FOREST DR STE 1203  2021 W MCDERMOTT DR
SPRING TX 77379                 ALLEN TX
SNDR REF NUM:2546316            COUNTRY OF RESIDENCY: US
                                BNF:/1440003583493          CHG:  BK?N
                                J Parker Construction
                                10011 Cypresswood Dr.
                                Houston, TX 77070
                                COUNTRY OF RESIDENCY: US
                                ORIG TO BNF INFO:
                                payment




     **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
        Type Code:              10 (Transfer of funds)
        Subtype Code:           00 (Regular transfer)

{2000} Amount:                  $60,000.00

{3100} Sending Bank:
        ABA number:             114000093
        Short name:             FROST SA
        ABA lookup (REL):       FROST BANK
                                111 W HOUSTON ST
                                SAN ANTONIO TEXAS

{3320} Sender Reference:        2022092700002914

{3400} Receiving Bank:
        ABA number:             111017694
        Short name:             TRUIST BANK
        ABA lookup (REL):       TRUIST BANK
                                2021 W MCDERMOTT DR
                                ALLEN TX

{3600} Business Function Code:  CTP (Customer transfer plus)

{4200} Beneficiary:             D/1440003583493
                                J PARKER CONSTRUCTION
                                10011 CYPRESSWOOD DR.
                                HOUSTON, TX 77070

{4320} Reference for Beneficiary:   2546316

{5000} Originator:              D/503207404
                                AE PARTNERS HOLDINGS INC
                                20008 CHAMPION FOREST DR STE 1203
                                SPRING TX 77379

{6000} Originator to Beneficiary Info: PAYMENT


   *** MESSAGE TEXT ***
*FTR00000005042546316           NRTUSD   000000000060000SFTRN
2FTR      220927220927FED
OBI=payment
SRF=2546316
DBT=D/503207404
BBK=A/111017694
-TRUIST BANK
-DALLAS US
BNF=D/1440003583493
-J Parker Construction
-10011 Cypresswood Dr.
-Houston, TX 77070|US




*****Remittance Data Unavailable*****

    MESSAGE HISTORY SEQUENCE
-------------------------------
FNB is the owning bank. Priority:
        REF_INDEX     REF #: 2022092700002914  27-SEP-2022 12:54:43.80
        BLT_IN        SEQ #: 504 27-SEP-2022 12:54:43.80 Info:  *FTR
|414D51204D54535F50524F44202020206219CCE72FF425FD
        Memo: External system reference: 2546316
        BLT MAPQ     DEQ
        *SYS_MEMO     Channel FED was imposed.
        *SYS_MEMO     *CVD:--- DVD:996 PSD:--- SSD:--- DBD:1 CBD:1
```