CAUSE NO. 24-07-11639

| | | |
|---|---|---|
| DUSTIN ETTER, ALLIANCE ENERGY PARNERS, LLC, AE PARTNERS HOLDINGS, INC., AE PARTNERS HOLDINGS, LLC AEP ASSET HOLDINGS, LLC, AND INVICTIS DRILLING MOTORS, LLC<br>v.<br>JEROD P. FURR, CORINA FURR, ALLIANCE FARM & RANCH, LLC, AE PARTNERS HOLDINGS, LLC, AE PARTNERS HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC, and INVICTIS DRILLING MOTORS, LLC | § § § § § § § § § § § § § § § § | 457th JUDICIAL DISTRICT COURT<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MONTGOMERY COUNTY, TEXAS |

**DECLARATION OF JEROD FURR**

My name is Jerod Furr, my date of birth is May 18, 1975, my address is 5450 Honea Egypt Road, Montgomery, Texas 77316, United States of America. I am over eighteen years of age, I am of sound mind and body, and I am capable of making this declaration. I have personal knowledge of all matters stated herein and I declare under penalty of perjury that the following is true and correct:

I am the sole director of AE Partners Holdings, Inc. AE Partners Holdings, Inc. is the sole owner and member of Alliance Energy Partners, LLC.

I am aware that Alliance Energy Partners, LLC is being sued by various creditors. However, payment plans for these debts were set up long before this lawsuit was filed by Dustin Etter. After being fired and removed from the board of directors of AE Partners Holdings, Inc., Dustin Etter told customers and vendors that he was suing me and that I embezzled money from Alliance Energy Partners, LLC and AE Partners Holdings, Inc., which is not true.

==Because of the lawsuits against Alliance Energy Partners, LLC, I have no==

choice but to place Alliance Energy Partners, LLC into bankruptcy. Dustin is aware of this plan as the attorney who was going to handle this bankruptcy emailed Dustin's attorney to inform him of this plan.

All of the actions I have taken in relation to Alliance Energy Partners, LLC and AE Partners Holdings, Inc. have been within my honest exercise of my business judgment and discretion.

AE Partners Holdings, Inc. has all kinds of assets, I have been in the industry for many years, and to hire someone to manage those assets would cost in excess of $250,000.00. At this time, AE Partners Holdings, Inc. does not have the ability to pay anyone that kind of money. In fact, I have not taken a salary in many months because of the financial situation. Appointing a new manager to manage AE Partners Holdings, Inc. will not fix any of the financial problems that the business is facing. The only way to turn these problems around is for the market to flip and for oil producers to drill new wells. I am hopeful that with the new president, that is exactly what is going to happen.

Signed in Montgomery, Montgomery County, Texas on December 11, 2024.

_____
Jerod Furr