```
                                              STATEMENT ISSUED
                                   <eI>         01-31-2024
                                                  PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX   77316

                                                                            0
                                        Frost will never call, email or text you to request account
                                        access credentials. If you notice any unusual activity or
                                        for additional information, call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING__:__ACCOUNT_NO.__50_3207412_____                               503207412
___BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT    |    BALANCE THIS STATEMENT
             5,934.54        |   3   |        60,000.00     |   9   |       29,423.50   |         36,511.04


        Activity Items Processed          8                 Cash Processed        0.00

---------------------------------------- DEPOSITS/CREDITS --------------------------------------------

  DATE          AMOUNT       TRANSACTION              DESCRIPTION

  01-04       20,000.00      ELECTRONIC DEPOSIT       ALLIANCE ENERGY   CORP PAY
  01-08       20,000.00      ELECTRONIC DEPOSIT       INVICTUS DRILLIN CORP PAY
  01-30       20,000.00      ELECTRONIC DEPOSIT       ALLIANCE ENERGY   CORP PAY


----------------------------------------- CHECKS PAID ------------------------------------------------

  DATE     CHECK          AMOUNT  |  DATE     CHECK          AMOUNT  |  DATE     CHECK          AMOUNT
                                  |                                  |
  01-29    1032    #    1,000.00  |                                  |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------------- OTHER WITHDRAWALS/DEBITS -------------------------------------

  DATE          AMOUNT       TRANSACTION              DESCRIPTION

  01-02          129.81      POS DEBIT                THE HOME DEPOT 6819       MAGNOLIA   TX    CARD: 5516404
  01-03           75.65      POS DEBIT                THE HOME DEPOT 6819       MAGNOLIA   TX    CARD: 5516404
  01-05          575.00      DEBIT CARD PURCHASE      AAA WATER WELL SERVICE    281-703-2004     CARD: 5516404
  01-05       23,082.72      WIRE TRANSFER            FROST BANK      WIRE OUT  05399
  01-18           32.80      TREASURY MGMT SVCS
  01-22          180.19      POS DEBIT                TRACTOR SUPPLY #2463      MONTGOMERY  TX   CARD: 5516404
  01-24        4,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  01-29           45.38      DEBIT CARD PURCHASE      SAN JOAQUIN TRACTOR CO    BAKERSFIELD      CARD: 5516404
  01-29          301.95      DEBIT CARD PURCHASE      LESLIES POOL SPLY 738     MAGNOLIA         CARD: 5516404

----------------------------------------- DAILY BALANCE ----------------------------------------------

  DATE       BALANCE          |  DATE       BALANCE          |  DATE       BALANCE
                              |                              |
  12-29      5,934.54         |  01-05      2,071.36         |  01-24     17,858.37
  01-02      5,804.73         |  01-08     22,071.36         |  01-29     16,511.04
  01-03      5,729.08         |  01-18     22,038.56         |  01-30     36,511.04
  01-04     25,729.08         |  01-22     21,858.37         |
```

```
                                        STATEMENT ISSUED
                                 <eI>      02-29-2024
                                           PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX   77316

                                                                            0

                             Frost offers a loan for almost every business need. We will
                             work closely to make sure you get the right loan. Call us at
                             (866)376-7889 to learn how we can help your business grow.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                         503207412
___BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT_____|___BALANCE THIS STATEMENT
           36,511.04         |   3  |      50,000.00       |  12   |      79,260.26      |          7,250.78


         Activity Items Processed        14               Cash Processed         0.00

--------------------------------------- DEPOSITS/CREDITS ---------------------------------------

  DATE         AMOUNT       TRANSACTION            DESCRIPTION

  02-09       10,000.00     INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX7404
  02-09       20,000.00     INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX7447
  02-13       20,000.00     FROST CONNECT TRANSFER  FROM ACCOUNT xxxxx7447


---------------------------------------  CHECKS PAID  -----------------------------------------

  DATE      CHECK           AMOUNT  |  DATE      CHECK           AMOUNT  |  DATE      CHECK           AMOUNT
                                    |                                    |
  02-05      1034   #        600.00 |                                    |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------------  OTHER WITHDRAWALS/DEBITS  -----------------------------------

  DATE         AMOUNT       TRANSACTION            DESCRIPTION

  02-08        1,591.28     DEBIT CARD PURCHASE    PRO STAR APPRATUS REPA      HOUSTON          CARD: 5516404
  02-09       50,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
  02-13          658.16     DEBIT CARD PURCHASE    MILSTEAD GLASS COMPANY      MAGNOLIA         CARD: 5516404
  02-13       23,082.72     WIRE TRANSFER          FROST BANK       WIRE OUT   03737
  02-14          352.40     DEBIT CARD PURCHASE    Professional Pool Supp      SPRING           CARD: 5516404
  02-16        1,039.15     DEBIT CARD PURCHASE    Professional Pool Supp      SPRING           CARD: 5516404
  02-16           33.30     TREASURY MGMT SVCS
  02-20          115.50     POS DEBIT              THE HOME DEPOT 6819         MAGNOLIA  TX     CARD: 5516404
  02-21          550.00     DEBIT CARD PURCHASE    Professional Pool Supp      SPRING           CARD: 5516404
  02-21        1,006.69     DEBIT CARD PURCHASE    Professional Pool Supp      SPRING           CARD: 5516404
  02-21           81.06     POS DEBIT              THE HOME DEPOT 6819         MAGNOLIA  TX     CARD: 5516404
  02-23          150.00     DEBIT CARD PURCHASE    Professional Pool Supp      SPRING           CARD: 5516404

---------------------------------------  DAILY BALANCE  ----------------------------------------
  DATE       BALANCE             |  DATE       BALANCE             |  DATE       BALANCE
                                 |                                 |
  01-31      36,511.04           |  02-13      10,578.88           |  02-20       9,038.53
  02-05      35,911.04           |  02-14      10,226.48           |  02-21       7,400.78
  02-08      34,319.76           |  02-16       9,154.03           |  02-23       7,250.78
  02-09      14,319.76           |                                 |
```

```
                                          STATEMENT ISSUED
                                    <eI>     03-29-2024
                              1                 PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                  0
                                    Interested in accepting in-store, online or mobile credit
                                    and debit card payments? Frost Merchant Services can help.
                                     Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                          503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT      |  BALANCE THIS STATEMENT
          7,250.78           |   3   |       54,000.00     |   5   |       23,290.60     |        37,960.18

         Activity Items Processed         6                 Cash Processed          0.00

--------------------------------------- DEPOSITS/CREDITS -------------------------------------

  DATE          AMOUNT       TRANSACTION            DESCRIPTION

  03-01      20,000.00       ELECTRONIC DEPOSIT     ALLIANCE ENERGY   CORP PAY
  03-28      10,000.00       INTERNET FUND TRANSFER FROM ACCOUNT XXXXX7404
  03-28      24,000.00       INTERNET FUND TRANSFER FROM ACCOUNT XXXXX7447


------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

  DATE          AMOUNT       TRANSACTION            DESCRIPTION

  03-06          75.00       DEBIT CARD PURCHASE    Professional Pool Supp    SPRING         CARD: 5516404
  03-11          69.85       DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
  03-11           6.60       DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
  03-11          22.83       DEBIT CARD PURCHASE    F&B NRG STADIUM CONCES    HOUSTON        CARD: 5516404
  03-11      23,082.72       WIRE TRANSFER          FROST BANK      WIRE OUT    00300
  03-18          33.60       TREASURY MGMT SVCS

--------------------------------------- DAILY BALANCE --------------------------------------
  DATE       BALANCE           |  DATE       BALANCE            |  DATE       BALANCE
                               |                                |
  02-29      7,250.78          |  03-06     27,175.78           |  03-18      3,960.18
  03-01     27,250.78          |  03-11      3,993.78           |  03-28     37,960.18
```

```
                                      STATEMENT ISSUED
                              <eI>       04-30-2024
                                            PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                      0

                                 Interested in accepting in-store, online or mobile credit
                                 and debit card payments? Frost Merchant Services can help.
                                 Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                  503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT      |  BALANCE THIS STATEMENT
            37,960.18        |   1  |      20,000.00      |   8  |       40,416.70      |        17,543.48


        Activity Items Processed         8                 Cash Processed           0.00

---------------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE            AMOUNT     TRANSACTION            DESCRIPTION

 04-04        20,000.00     ELECTRONIC DEPOSIT     ALLIANCE ENERGY   CORP PAY


---------------------------------------- CHECKS PAID --------------------------------------
  DATE      CHECK          AMOUNT   |  DATE      CHECK          AMOUNT   |  DATE      CHECK          AMOUNT
                                    |                                    |
  04-05      1033   #       185.56  |  04-02      1035 * #    36,034.63  |
 * A BREAK IN CHECK NUMBER SEQUENCE
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


----------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

 DATE            AMOUNT     TRANSACTION            DESCRIPTION

 04-03            81.48     DEBIT CARD PURCHASE    TRACTOR SUPPLY #2463       MONTGOMERY       CARD: 5516404
 04-03           104.99     DEBIT CARD PURCHASE    TRACTOR SUPPLY #2463       MONTGOMERY       CARD: 5516404
 04-08         3,250.00     DEBIT CARD PURCHASE    AAA WATER WELL SERVICE     281-703-2004     CARD: 5516404
 04-08            67.07     DEBIT CARD PURCHASE    SHELL OIL 57546413600      MONTGOMERY       CARD: 5516404
 04-15           453.00     ATM WITHDRAWAL         0000 CAPITAL ONE WOODLANDS- SPRING  TX      CARD: 5516404
 04-16            37.90     TREASURY MGMT SVCS
 04-30           200.07     POS DEBIT              TRACTOR SUPPLY # 19281     MONTGOMERY  TX   CARD: 5516404
 04-30             2.00     SERVICE CHARGE/FEE     NON-FROST ATM WITHDRAWAL FEE

---------------------------------------- DAILY BALANCE --------------------------------------
  DATE       BALANCE                  |  DATE       BALANCE                  |  DATE       BALANCE
                                      |                                      |
  03-29     37,960.18                 |  04-04     21,739.08                 |  04-15     17,783.45
  04-02      1,925.55                 |  04-05     21,553.52                 |  04-16     17,745.55
  04-03      1,739.08                 |  04-08     18,236.45                 |  04-30     17,543.48
```

```
                                        STATEMENT ISSUED
                           <eI>            05-31-2024
                                              PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX   77316

                                                                        0
                                Interested in accepting in-store, online or mobile credit
                                and debit card payments? Frost Merchant Services can help.
                                 Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                    503207412
__BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT      |   BALANCE THIS STATEMENT
         17,543.48          |   0   |            .00      |   5   |       1,072.13      |         16,471.35


       Activity Items Processed        5               Cash Processed      0.00


---------------------------------------- CHECKS PAID ----------------------------------------
  DATE     CHECK            AMOUNT  |  DATE     CHECK          AMOUNT  |  DATE     CHECK          AMOUNT
                                    |                                  |
  05-29    1036    #        400.00  |                                  |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


------------------------------------- OTHER WITHDRAWALS/DEBITS ------------------------------------

  DATE          AMOUNT   TRANSACTION          DESCRIPTION

  05-02          56.99   POS DEBIT            TRACTOR SUPPLY # 19281      MONTGOMERY  TX    CARD: 5516404
  05-06          10.00   DEBIT CARD PURCHASE  THE UPS STORE 7206          831-3454875       CARD: 5516404
  05-06          15.12   DEBIT CARD PURCHASE  CHEVRON 0376813             MAGNOLIA          CARD: 5516404
  05-16          26.10   TREASURY MGMT SVCS
  05-28         563.92   DEBIT CARD PURCHASE  LESLIES POOL SPLY 738       MAGNOLIA          CARD: 5516404

---------------------------------------- DAILY BALANCE ----------------------------------------
  DATE        BALANCE           |  DATE        BALANCE           |  DATE        BALANCE
                                |                                |
  04-30      17,543.48          |  05-06      17,461.37          |  05-28      16,871.35
  05-02      17,486.49          |  05-16      17,435.27          |  05-29      16,471.35
```

```
                                            STATEMENT ISSUED
                                  <eI>         06-28-2024
                             1                 PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                              0

                            Interested in accepting in-store, online or mobile credit
                            and debit card payments? Frost Merchant Services can help.
                            Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                               503207412
__BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT_____|_BALANCE THIS STATEMENT
         16,471.35          |   2   |       8,894.75      |   9   |      9,583.85       |      15,782.25


         Activity Items Processed          11                  Cash Processed          0.00

--------------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE           AMOUNT      TRANSACTION             DESCRIPTION

 06-03        4,894.75      MOBILE DEPOSIT
 06-20        4,000.00      INTERNET FUND TRANSFER    FROM ACCOUNT XXXXX7404


--------------------------------------- CHECKS PAID -------------------------------------------

 DATE     CHECK        AMOUNT  |  DATE     CHECK         AMOUNT    |  DATE     CHECK         AMOUNT
                               |                                   |
 06-11    1037   #      52.62  |  06-18    1038   #      900.00    |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


------------------------------------ OTHER WITHDRAWALS/DEBITS ---------------------------------

 DATE           AMOUNT      TRANSACTION             DESCRIPTION

 06-03          127.85      POS DEBIT               THE HOME DEPOT 6819    MAGNOLIA   TX    CARD: 5516404
 06-06           86.60      DEBIT CARD PURCHASE     CUTTEN MOWERS Y MAS LL MAGNOLIA         CARD: 5516404
 06-13        4,000.00      INTERNET FUND TRANSFER    TO ACCOUNT XXXXX7404
 06-18           25.60      TREASURY MGMT SVCS
 06-20        2,000.00      INTERNET FUND TRANSFER    TO ACCOUNT XXXXX2389
 06-21          214.11      POS DEBIT               TRACTOR SUPPLY # 19281 MONTGOMERY TX    CARD: 5516404
 06-24          177.07      POS DEBIT               H-E-B #722             MAGNOLIA   TX    CARD: 5516404
 06-26        2,000.00      INTERNET FUND TRANSFER    TO ACCOUNT XXXXX2389

--------------------------------------- DAILY BALANCE -----------------------------------------
 DATE         BALANCE             |  DATE         BALANCE          |  DATE         BALANCE
                                  |                                |
 05-31       16,471.35            |  06-13       17,099.03         |  06-21       17,959.32
 06-03       21,238.25            |  06-18       16,173.43         |  06-24       17,782.25
 06-06       21,151.65            |  06-20       18,173.43         |  06-26       15,782.25
 06-11       21,099.03            |                                |
```

```
                                           STATEMENT ISSUED
                                 <eI>         07-31-2024
                                               PAGE 1


     ALLIANCE FARM AND RANCH LLC
     5450 HONEA EGYPT RD
     MONTGOMERY TX  77316

                                                             0

                                   We are here to help you best protect yourself from
                                   fraudsters. If you notice any unusual activity or for
                                   additional information call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412                                               503207412
___BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT    |    BALANCE THIS STATEMENT
         15,782.25           |   1   |       10,000.00      |   12  |     14,446.30     |        11,335.95


         Activity Items Processed       13              Cash Processed      0.00

---------------------------------------- DEPOSITS/CREDITS -------------------------------------

  DATE              AMOUNT        TRANSACTION           DESCRIPTION

  07-26           10,000.00       INTERNET FUND TRANSFER    FROM ACCOUNT XXXXX7404


---------------------------------------- CHECKS PAID  -----------------------------------------
  DATE       CHECK           AMOUNT    |   DATE       CHECK           AMOUNT    |   DATE       CHECK           AMOUNT
                                       |                                        |
  07-05      1039    #         900.00  |   07-23      1040    #         800.00  |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


---------------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

  DATE              AMOUNT        TRANSACTION            DESCRIPTION

  07-01              42.46        POS DEBIT              THE HOME DEPOT 6819      MAGNOLIA   TX     CARD: 5516404
  07-01             109.54        POS DEBIT              TRACTOR SUPPLY # 19281   MONTGOMERY TX     CARD: 5516404
  07-01           2,000.00        INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  07-02             396.00        DEBIT CARD PURCHASE    THE UPS STORE 6915       832-6981779       CARD: 5516404
  07-05              66.00        DEBIT CARD PURCHASE    ALMIRION LLC             SPRING            CARD: 5516404
  07-15             215.41        DEBIT CARD PURCHASE    LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
  07-17           3,500.00        INTERNET FUND TRANSFER TO ACCOUNT XXXXX7404
  07-17              26.20        TREASURY MGMT SVCS
  07-22              43.16        POS DEBIT              7-ELEVEN                 DALLAS   TX       CARD: 5516404
  07-26           3,000.00        INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  07-30           3,347.53        DEBIT CARD PURCHASE    AAA WATER WELL SERVICE   281-703-2004      CARD: 5516404

---------------------------------------- DAILY BALANCE  ---------------------------------------
   DATE       BALANCE              |    DATE       BALANCE                |    DATE       BALANCE
                                   |                                      |
  06-28       15,782.25            |   07-15       12,052.84              |   07-23         7,683.48
  07-01       13,630.25            |   07-17        8,526.64              |   07-26        14,683.48
  07-02       13,234.25            |   07-22        8,483.48              |   07-30        11,335.95
  07-05       12,268.25            |                                      |
```

```
                                           STATEMENT ISSUED
                                  <eI>        08-30-2024
                               1                PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX  77316

                                                                 0

                            Interested in accepting in-store, online or mobile credit
                            and debit card payments? Frost Merchant Services can help.
                            Contact Customer Service at (800)513-7678 to get started.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                   503207412
__BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT     |   BALANCE THIS STATEMENT
          11,335.95         |   2   |       43,460.00      |  26   |      27,601.38     |       27,194.57


         Activity Items Processed       28             Cash Processed       0.00

--------------------------------------- DEPOSITS/CREDITS ------------------------------------------

  DATE    TRANSACTION                      AMOUNT   |  DATE    TRANSACTION                          AMOUNT
                                                    |
  08-21   TELLER DEPOSIT                32,460.00   |

  DATE          AMOUNT     TRANSACTION              DESCRIPTION

  08-19      11,000.00     FROST CONNECT TRANSFER   FROM ACCOUNT xxxxx7404


--------------------------------------- CHECKS PAID -----------------------------------------------
  DATE    CHECK         AMOUNT  |  DATE    CHECK         AMOUNT  |  DATE    CHECK         AMOUNT
                                |                                |
  08-26   1041   #    2,287.90  |                                |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------

  DATE         AMOUNT    TRANSACTION           DESCRIPTION

  08-01           2.00   DEBIT CARD PURCHASE   TX.GOV*SERVICEFEE-DIR    EGOV.COM          CARD: 5516404
  08-01          32.45   DEBIT CARD PURCHASE   CHEVRON 0384171          MAGNOLIA          CARD: 5516404
  08-02          71.75   DEBIT CARD PURCHASE   MONTGOMERY VEHREG        EGOV.COM          CARD: 5516404
  08-02          37.35   DEBIT CARD PURCHASE   TACO BELL 032967         SPRING            CARD: 5516404
  08-05       1,896.50   DEBIT CARD PURCHASE   LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
  08-05         186.74   DEBIT CARD PURCHASE   SQ *THE HAT STORE        HOUSTON           CARD: 5516404
  08-05          37.86   DEBIT CARD PURCHASE   CHEVRON 0380330          MAGNOLIA          CARD: 5516404
  08-05          46.66   POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
  08-06          14.60   DEBIT CARD PURCHASE   SHELL OIL 12529538006    SPRING            CARD: 5516404
  08-06       1,605.00   DEBIT CARD PURCHASE   CREME DE LA CREME - WO   303-2247731       CARD: 5516404
  08-13       5,000.00   INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  08-16          26.40   TREASURY MGMT SVCS
  08-19      11,000.00   WIRE TRANSFER         FROST BANK     WIRE OUT  02613
  08-21       1,000.00   INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  08-23          27.57   DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
  08-23           7.57   POS DEBIT             PAPA KEITH'S #3          MAGNOLIA  TX      CARD: 5516404
  08-23          65.85   DEBIT CARD PURCHASE   PAPA KEITH'S #3          MAGNOLIA          CARD: 5516404
  08-26          27.57   DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
  08-26          23.29   DEBIT CARD PURCHASE   SONIC DRIVE IN #5274     MAGNOLIA          CARD: 5516404
  08-26         538.19   DEBIT CARD PURCHASE   LESLIES POOL SPLY 738    MAGNOLIA          CARD: 5516404
  08-26          12.33   POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
  08-26         110.19   POS DEBIT             TRACTOR SUPPLY # 19281   MONTGOMERY  TX    CARD: 5516404
  08-26          11.04   POS DEBIT             HONEY FARMS #806         THE WOODLAND  TX  CARD: 5516404
  08-26       3,000.00   INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  08-27          27.57   DEBIT CARD PURCHASE   SHELL OIL 57546413600    MONTGOMERY        CARD: 5516404
  08-27         503.00   ATM WITHDRAWAL        0000 CAPITAL ONE WOODLANDS-  SPRING  TX    CARD: 5516404
  08-31           2.00   SERVICE CHARGE/FEE    NON-FROST ATM WITHDRAWAL FEE
```

```
                                                   STATEMENT ISSUED
                                           <eI>       08-30-2024
                                    1                   PAGE 2
       ALLIANCE FARM AND RANCH LLC




FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                                503207412


---------------------------------------- DAILY BALANCE ----------------------------------------
   DATE        BALANCE         |   DATE        BALANCE         |   DATE        BALANCE
                               |                               |
   07-31      11,335.95        |   08-13       2,405.04        |   08-23      33,737.65
   08-01      11,301.50        |   08-16       2,378.64        |   08-26      27,727.14
   08-02      11,192.40        |   08-19       2,378.64        |   08-27      27,196.57
   08-05       9,024.64        |   08-21      33,838.64        |   08-30      27,194.57
   08-06       7,405.04        |                               |
```

```
                                          STATEMENT ISSUED
                                 <eI>      09-30-2024
                                            PAGE 1

     ALLIANCE FARM AND RANCH LLC
     5450 HONEA EGYPT RD
     MONTGOMERY TX  77316

                                                                    0
                              Interested in accepting in-store, online or mobile credit
                              and debit card payments? Frost Merchant Services can help.
                              Contact Customer Service at (800)513-7678 to get started.
FROST BUSINESS CHECKING :  ACCOUNT NO.  50 3207412                                                         503207412
   BALANCE LAST STATEMENT    |  NO.  |   DEPOSIT AMOUNT    |  NO.  | ITHDRAWAL AMOUNT     |  BALANCE THIS STATEMENT
           27,194.57         |   1   |       10,000.00     |  19   |      22,073.72       |         15,120.85

        Activity Items Processed       20                 Cash Processed        0.00

--------------------------------------- DEPOSITS/CREDITS ---------------------------------------

 DATE          AMOUNT       TRANSACTION          DESCRIPTION

 09-10       10,000.00     INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


----------------------------------------- CHECKS PAID -----------------------------------------
 DATE      CHECK         AMOUNT    |  DATE     CHECK        AMOUNT   |  DATE      CHECK           AMOUNT
                                   |                                 |
 09-05      1042   #     1,544.10  |                                 |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------------- OTHER WITHDRAWALS/DEBITS ---------------------------------------

 DATE          AMOUNT       TRANSACTION          DESCRIPTION

 09-03          214.25     POS DEBIT               KROGER #389 6616 FM 14    MAGNOLIA  TX    CARD: 5516404
 09-06        1,076.30     DEBIT CARD PURCHASE     Professional Pool Supp    SPRING          CARD: 5516404
 09-06           32.53     DEBIT CARD PURCHASE     SONIC DRIVE IN #4076      SPRING          CARD: 5516404
 09-06        1,830.00     DEBIT CARD PURCHASE     CREME DE LA CREME - WO    303-2247731     CARD: 5516404
 09-09           28.86     DEBIT CARD PURCHASE     SUNOCO 0448646000         CONROE          CARD: 5516404
 09-09           22.47     DEBIT CARD PURCHASE     CHEVRON 0376813           MAGNOLIA        CARD: 5516404
 09-09          114.34     POS DEBIT               H-E-B #722                MAGNOLIA  TX    CARD: 5516404
 09-09        2,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 09-10           27.58     DEBIT CARD PURCHASE     RAISING CANES 0332        MAGNOLIA        CARD: 5516404
 09-10       10,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 09-16           29.09     DEBIT CARD PURCHASE     EXXON HONEY FARMS #806    THE WOODLANDS   CARD: 5516404
 09-16           22.18     DEBIT CARD PURCHASE     SUNOCO 0548710300         MAGNOLIA        CARD: 5516404
 09-17           21.27     DEBIT CARD PURCHASE     SHELL OIL 57546413600     MONTGOMERY      CARD: 5516404
 09-17        3,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 09-18           20.90     DEBIT CARD PURCHASE     SONIC DRIVE IN #4076      SPRING          CARD: 5516404
 09-18           19.68     DEBIT CARD PURCHASE     SHELL OIL13011469015      SPRING          CARD: 5516404
 09-18           40.00     TREASURY MGMT SVCS
 09-19           30.17     DEBIT CARD PURCHASE     SHELL OIL 12529538006     SPRING          CARD: 5516404
 09-25        2,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389

----------------------------------------- DAILY BALANCE -----------------------------------------
 DATE       BALANCE           |  DATE      BALANCE          |  DATE      BALANCE
                              |                             |
 08-30     27,194.57          |  09-09    20,331.72         |  09-18    17,151.02
 09-03     26,980.32          |  09-10    20,304.14         |  09-19    17,120.85
 09-05     25,436.22          |  09-16    20,252.87         |  09-25    15,120.85
 09-06     22,497.39          |  09-17    17,231.60         |
```

```
                                         STATEMENT ISSUED
                                  <eI>      10-31-2024
                                             PAGE 1

    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                             0
                                  October is Cybersecurity Awareness Month. Keep alert by
                                  changing your passwords, avoiding phishing scams and
                                  safeguarding your data. Your online safety begins with you.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                              503207412
__BALANCE_LAST_STATEMENT____|__NO._|__DEPOSITAMOUNT_____|__NO._|ITHDRAWALAMOUNT      |  BALANCE THIS STATEMENT
          15,120.85         |   3 |      35,081.20      |  42 |     47,166.24        |       3,035.81


          Activity Items Processed        42              Cash Processed         0.00

--------------------------------------- DEPOSITS/CREDITS -------------------------------------------

 DATE           AMOUNT     TRANSACTION           DESCRIPTION

 10-07       30,000.00     WIRE TRANSFER         FROST BANK      WIRE IN    03127
 10-16        5,000.00     WIRE TRANSFER         FROST BANK      WIRE IN    05383
 10-22           81.20     MOBILE DEPOSIT


---------------------------------------- CHECKS PAID -----------------------------------------------

 DATE    CHECK            AMOUNT  |  DATE    CHECK            AMOUNT  |  DATE    CHECK            AMOUNT
                                  |                                   |
 10-07    1043    #     1,440.00  |  10-09    1044    #     4,200.00  |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


--------------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

 DATE           AMOUNT     TRANSACTION           DESCRIPTION

 10-01        4,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 10-03          205.61     POS DEBIT              Carters Country 1        SPRING  TX     CARD: 5516404
 10-04           77.54     DEBIT CARD PURCHASE    TST*KATZS - WOODLANDS    SHENANDOAH     CARD: 5516404
 10-07        2,500.00     DEBIT CARD PURCHASE    SP STEEL FOX DESIGNS     HTTPSWWW.STEE  CARD: 5516404
 10-07          105.13     DEBIT CARD PURCHASE    DAVE & BUSTERS #142 TA   SHENANDOAH     CARD: 5516404
 10-07           65.14     DEBIT CARD PURCHASE    DAVE & BUSTER'S #142     SHENANDOAH     CARD: 5516404
 10-07           50.00     DEBIT CARD PURCHASE    DAVE & BUSTERS #142 PW   SHENANDOAH     CARD: 5516404
 10-07       20,000.00     WIRE TRANSFER          FROST BANK     WIRE OUT  05310
 10-10        8,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 10-11           36.77     DEBIT CARD PURCHASE    SHELL OIL 57546413600    MONTGOMERY     CARD: 5516404
 10-11          114.08     POS DEBIT              TRACTOR SUPPLY # 19281   MONTGOMERY  TX CARD: 5516404
 10-15          269.00     DEBIT CARD PURCHASE    CHICK-FIL-A #02030       MAGNOLIA       CARD: 5516404
 10-16        4,000.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 10-17           27.10     TREASURY MGMT SVCS
 10-18           11.90     DEBIT CARD PURCHASE    CHEVRON 0371975          MIDLAND        CARD: 5516404
 10-18           28.79     DEBIT CARD PURCHASE    CHEVRON 0371975          MIDLAND        CARD: 5516404
 10-21           22.35     DEBIT CARD PURCHASE    MCDONALD'S F39555        LUBBOCK        CARD: 5516404
 10-21           15.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           18.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           10.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           15.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           18.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           18.00     DEBIT CARD PURCHASE    SQ *SAINTS AND SINNERS   LUBBOCK        CARD: 5516404
 10-21           33.21     POS DEBIT              TOOT'N TOTUM #136        LUBBOCK  TX    CARD: 5516404
 10-21           17.21     DEBIT CARD PURCHASE    TOOT'N TOTUM #136        LUBBOCK        CARD: 5516404
 10-21          203.00     ATM WITHDRAWAL         P710 TOOT N TOTUM-710980 50 LUBBOCK TX  CARD: 5516404
 10-21            8.00     DEBIT CARD PURCHASE    CHEVRON 0377969          EASTLAND       CARD: 5516404
 10-21           29.75     DEBIT CARD PURCHASE    CHEVRON 0374711          DOBBIN         CARD: 5516404
 10-21          400.00     INTERNET FUND TRANSFER  TO ACCOUNT XXXXX2389
 10-22          100.00     DEBIT CARD PURCHASE    IAH PARKING AREA AB      HOUSTON        CARD: 5516404
 10-24           32.88     DEBIT CARD PURCHASE    SHELL OIL 57546413600    MONTGOMERY     CARD: 5516404
 10-25           28.12     DEBIT CARD PURCHASE    EXXON PAPA KEITH'S #3    MAGNOLIA       CARD: 5516404
 10-28           26.28     DEBIT CARD PURCHASE    SHELL OIL 12529538006    SPRING         CARD: 5516404
```

```
                                        STATEMENT ISSUED
                             <eI>          10-31-2024
                                             PAGE 2

        ALLIANCE FARM AND RANCH LLC
```

**FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____**                                                                503207412

```
--------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------
  DATE         AMOUNT    TRANSACTION              DESCRIPTION

  10-28         15.13    DEBIT CARD PURCHASE      SHELL OIL 57546413600      MONTGOMERY      CARD: 5516404
  10-28         36.77    DEBIT CARD PURCHASE      CHEVRON 0376813            MAGNOLIA        CARD: 5516404
  10-28         13.81    DEBIT CARD PURCHASE      MCDONALD'S F32281          TOMBALL         CARD: 5516404
  10-28         25.98    DEBIT CARD PURCHASE      SPRING CREEK FEED CENT     MAGNOLIA        CARD: 5516404
  10-28         22.93    DEBIT CARD PURCHASE      JERSEY MIKES 15128         MAGNOLIA        CARD: 5516404
  10-28        395.64    DEBIT CARD PURCHASE      H-E-B #722                 MAGNOLIA        CARD: 5516404
  10-29        500.00    INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
  10-30         28.12    DEBIT CARD PURCHASE      EXXON PAPA KEITH'S #3      MAGNOLIA        CARD: 5516404
  10-31          2.00    SERVICE CHARGE/FEE       NON-FROST ATM WITHDRAWAL FEE

---------------------------------------- DAILY BALANCE ---------------------------------------
  DATE       BALANCE          | DATE       BALANCE          | DATE       BALANCE
                              |                             |
  09-30    15,120.85          | 10-11     4,326.58          | 10-24     4,130.59
  10-01    11,120.85          | 10-15     4,057.58          | 10-25     4,102.47
  10-03    10,915.24          | 10-16     5,057.58          | 10-28     3,565.93
  10-04    10,837.70          | 10-17     5,030.48          | 10-29     3,065.93
  10-07    16,677.43          | 10-18     4,989.79          | 10-30     3,037.81
  10-09    12,477.43          | 10-21     4,182.27          | 10-31     3,035.81
  10-10     4,477.43          | 10-22     4,163.47          |
```

```
                                       STATEMENT ISSUED
                                <eI>     11-29-2024
                                          PAGE 1


    ALLIANCE FARM AND RANCH LLC
    5450 HONEA EGYPT RD
    MONTGOMERY TX  77316

                                                                   0

                                We're here to help you protect yourself from fraudsters.
                                If you notice unusual activity on your account or for more
                                information call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                       503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT____|__BALANCE THIS STATEMENT
          3,035.81           |   3   |     132,800.00      |  24   |     123,814.12    |      12,021.69


       Activity Items Processed         25              Cash Processed      0.00

---------------------------------- DEPOSITS/CREDITS -------------------------------------

 DATE           AMOUNT      TRANSACTION          DESCRIPTION

 11-06        2,800.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7447
 11-20       30,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404
 11-22      100,000.00      INTERNET FUND TRANSFER   FROM ACCOUNT XXXXX7404


----------------------------------  CHECKS PAID  ----------------------------------------

 DATE    CHECK          AMOUNT  |  DATE    CHECK         AMOUNT  |  DATE    CHECK         AMOUNT
                                |                                |
 11-01    1045  #     2,430.00  |                                |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


---------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------

 DATE           AMOUNT      TRANSACTION          DESCRIPTION

 11-01           36.77      DEBIT CARD PURCHASE      SHELL OIL 57546413600      MONTGOMERY     CARD: 5516404
 11-01          400.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-04           11.89      DEBIT CARD PURCHASE      CHEVRON 0376813            MAGNOLIA       CARD: 5516404
 11-04           76.18      DEBIT CARD PURCHASE      KROGER #389                MAGNOLIA       CARD: 5516404
 11-05           50.85      DEBIT CARD PURCHASE      SHELL OIL 57546413600      MONTGOMERY     CARD: 5516404
 11-06           15.13      DEBIT CARD PURCHASE      SHELL OIL 57546413600      MONTGOMERY     CARD: 5516404
 11-06           21.09      DEBIT CARD PURCHASE      EXXON PAPA KEITH'S #3      MAGNOLIA       CARD: 5516404
 11-06        1,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-07           65.86      DEBIT CARD PURCHASE      CHEVRON 0376813            MAGNOLIA       CARD: 5516404
 11-08           10.80      DEBIT CARD PURCHASE      CHEVRON 0376813            MAGNOLIA       CARD: 5516404
 11-12           15.13      DEBIT CARD PURCHASE      SHELL OIL 57546413600      MONTGOMERY     CARD: 5516404
 11-13          600.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-14           20.00      DEBIT CARD PURCHASE      EXXON PAPA KEITH'S #3      MAGNOLIA       CARD: 5516404
 11-14           95.78      DEBIT CARD PURCHASE      TULSA AIRPORT              TULSA          CARD: 5516404
 11-14           75.00      DEBIT CARD PURCHASE      IAH PARKING AREA AB        HOUSTON        CARD: 5516404
 11-15           16.78      DEBIT CARD PURCHASE      EXXON HONEY FARMS #806     THE WOODLANDS  CARD: 5516404
 11-15          213.23      DEBIT CARD PURCHASE      TST* THE BLIND FINCH       SPRING         CARD: 5516404
 11-15           24.10      DEBIT CARD PURCHASE      JACK IN THE BOX 3949       MAGNOLIA       CARD: 5516404
 11-18           31.65      DEBIT CARD PURCHASE      CIRCLE K # 41431           SPRING         CARD: 5516404
 11-19           22.18      POS DEBIT                7-ELEVEN                   MONTGOMERY  TX CARD: 5516404
 11-19           71.70      TREASURY MGMT SVCS
 11-20       15,000.00      INTERNET FUND TRANSFER   TO ACCOUNT XXXXX2389
 11-22      100,000.00      WIRE TRANSFER            FROST BANK    WIRE OUT   06592
 11-22        3,500.00      ELECTRONIC DEBIT         CHAMBERLAIN HRDL PAYMENT  000000135348478
 11-30           10.00      SERVICE CHARGE/FEE       MONTHLY SERVICE CHARGE

----------------------------------  DAILY BALANCE  --------------------------------------

 DATE    BALANCE             |  DATE    BALANCE             |  DATE     BALANCE
                             |                              |
 10-31    3,035.81           |  11-07    1,728.04           |  11-15      657.22
 11-01      169.04           |  11-08    1,717.24           |  11-18      625.57
 11-04       80.97           |  11-12    1,702.11           |  11-19      531.69
 11-05       30.12           |  11-13    1,102.11           |  11-20   15,531.69
 11-06    1,793.90           |  11-14      911.33           |  11-22   12,031.69
```

```
                                     <eI>    STATEMENT ISSUED
                                             11-29-2024
                                                PAGE 2

       ALLIANCE FARM AND RANCH LLC
```

**FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                                       503207412**

```
----------------------------------------- DAILY BALANCE ---------------------------------------
  DATE        BALANCE          | DATE         BALANCE           | DATE         BALANCE
                               |                                |
 11-29       12,021.69         |                                |
```

```
                                        STATEMENT ISSUED
                                 <eI>    12-31-2024
                                          PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX  77316

                                                                  0

                                 Frost will never call, email or text you to request account
                                 access credentials. If you notice any unusual activity or
                                 for additional information call us 24/7 at (800)513-7678.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                                503207412
___BALANCE_LAST_STATEMENT____|__NO.__|__DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT      |  BALANCE THIS STATEMENT
            12,021.69        |   3   |      85,000.00       |  42   |      22,871.73      |       74,149.96


        Activity Items Processed       45                 Cash Processed       0.00

-------------------------------------- DEPOSITS/CREDITS --------------------------------------

 DATE          AMOUNT       TRANSACTION            DESCRIPTION

 12-02       30,000.00      INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX7404
 12-18       25,000.00      INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX2389
 12-24       30,000.00      INTERNET FUND TRANSFER  FROM ACCOUNT XXXXX7404


---------------------------------------- CHECKS PAID ------------------------------------------

 DATE    CHECK          AMOUNT  |  DATE    CHECK          AMOUNT  |  DATE    CHECK          AMOUNT
                                |                                 |
 12-12    1046  #     1,612.00  |                                 |
 # RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


-------------------------------------- OTHER WITHDRAWALS/DEBITS -----------------------------------

 DATE          AMOUNT       TRANSACTION            DESCRIPTION

 12-04          25.00       DEBIT CARD PURCHASE    91532-4 HOUSTON CENTER    HOUSTON          CARD: 5516404
 12-04         154.33       DEBIT CARD PURCHASE    TST*PUTTSHACK - HOUSTO    HOUSTON          CARD: 5516404
 12-04          26.73       DEBIT CARD PURCHASE    TST*PUTTSHACK - HOUSTO    HOUSTON          CARD: 5516404
 12-04          56.46       DEBIT CARD PURCHASE    EXXON HONEY FARMS #806    THE WOODLANDS    CARD: 5516404
 12-06          29.83       DEBIT CARD PURCHASE    QT 23                     SAND SPRINGS     CARD: 5516404
 12-09         480.48       DEBIT CARD PURCHASE    AVIS RENT-A-CAR           TULSA            CARD: 5516404
 12-09          75.00       DEBIT CARD PURCHASE    IAH PARKING AREA AB       HOUSTON          CARD: 5516404
 12-09          24.99       DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND    COLLEGE STATI    CARD: 5516404
 12-09          17.27       DEBIT CARD PURCHASE    DisneyPLUS                888-9057888      CARD: 5516404
 12-09          26.99       DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -     COLLEGE STATI    CARD: 5516404
 12-09         129.80       DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND    COLLEGE STATI    CARD: 5516404
 12-09          27.01       DEBIT CARD PURCHASE    SQ *SANTA'S WONDERLAND    NAVASOTA         CARD: 5516404
 12-09          26.99       DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -     COLLEGE STATI    CARD: 5516404
 12-09         117.72       DEBIT CARD PURCHASE    SANTA'S WONDERLAND GIF    COLLEGE STATI    CARD: 5516404
 12-09          12.94       DEBIT CARD PURCHASE    SANTA'S WONDERLAND GIF    COLLEGE STATI    CARD: 5516404
 12-09          42.96       DEBIT CARD PURCHASE    SQ *ST. NICK'S DRAW -     COLLEGE STATI    CARD: 5516404
 12-09          26.50       POS DEBIT              NAVASOTA CIRCLE T         NAVASOTA  TX     CARD: 5516404
 12-09       3,000.00       INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
 12-10          15.13       DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 12-12          18.80       DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 12-13       6,000.00       INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
 12-16           7.25       DEBIT CARD PURCHASE    ETOLLAVIS U766603902      800-482-0159     CARD: 5516404
 12-17         285.26       DEBIT CARD PURCHASE    CHEESECAKE THE WOODLAN    THE WOODLANDS    CARD: 5516404
 12-17          40.44       DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 12-17          56.47       DEBIT CARD PURCHASE    CHEVRON 0376813           MAGNOLIA         CARD: 5516404
 12-17         418.82       DEBIT CARD PURCHASE    CAVENDERS BOOTCITY 88     SPRING           CARD: 5516404
 12-17          39.90       TREASURY MGMT SVCS
 12-20         145.22       DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE    281-5495027      CARD: 5516404
 12-20          47.06       DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 12-20          18.43       DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE    281-5495027      CARD: 5516404
 12-20           9.85       DEBIT CARD PURCHASE    ETOLLAVIS U766603902      800-482-0159     CARD: 5516404
 12-23          40.44       DEBIT CARD PURCHASE    SHELL OIL 57546413600     MONTGOMERY       CARD: 5516404
 12-23         130.00       DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE    281-5495027      CARD: 5516404
```

```
                                          STATEMENT ISSUED
                               <eI>         12-31-2024
                                              PAGE 2

        ALLIANCE FARM AND RANCH LLC




FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____(CONTINUED)_____                              503207412


--------------------------------------  OTHER WITHDRAWALS/DEBITS  ----------------------------------
 DATE           AMOUNT     TRANSACTION               DESCRIPTION

 12-23           99.95     POS DEBIT                 TRACTOR-SUPPLY-C 27400     TOMBALL   TX       CARD: 5516404
 12-23           52.06     POS DEBIT                 SUNOCO 8000776902          TOMBALL   TX       CARD: 5516404
 12-24          380.09     DEBIT CARD PURCHASE       TST*THE CHEFS TABLE        HOUSTON            CARD: 5516404
 12-27           25.96     DEBIT CARD PURCHASE       CHEVRON 0376813            MAGNOLIA           CARD: 5516404
 12-30           42.08     DEBIT CARD PURCHASE       MOD PIZZA GLEANNLOCH       SPRING             CARD: 5516404
 12-30           64.94     DEBIT CARD RECURRING      GOOGLE *YouTube TV         G.CO/HELPPAY#      CARD: 5516404
 12-30          143.92     DEBIT CARD PURCHASE       LOS CUCOS MEXICAN CAFE     281-5495027        CARD: 5516404
 12-31          396.66     POS DEBIT                 THE HOME DEPOT #6819       MAGNOLIA  TX       CARD: 5516404
 12-31        8,480.00     DEBIT CARD PURCHASE       MCP*REJAS HUA & HOANG      BELLAIRE           CARD: 5516404

----------------------------------------- DAILY BALANCE ---------------------------------------------
 DATE           BALANCE              | DATE           BALANCE              | DATE           BALANCE
                                     |                                     |
 11-29         12,021.69             | 12-12         36,074.76             | 12-23         53,683.61
 12-02         42,021.69             | 12-13         30,074.76             | 12-24         83,303.52
 12-04         41,759.17             | 12-16         30,067.51             | 12-27         83,277.56
 12-06         41,729.34             | 12-17         29,226.62             | 12-30         83,026.62
 12-09         37,720.69             | 12-18         54,226.62             | 12-31         74,149.96
 12-10         37,705.56             | 12-20         54,006.06             |
```

```
                                             STATEMENT ISSUED
                              <eI>              01-31-2025
                                                  PAGE 1


   ALLIANCE FARM AND RANCH LLC
   5450 HONEA EGYPT RD
   MONTGOMERY TX  77316

                                                                           0

                              Frost offers a variety of cards - select the right one and
                              track transactions via the easy-to-use Frost online banking
                              and mobile app. Talk to a Frost Banker at (866)376-7889.
FROST_BUSINESS_CHECKING_:__ACCOUNT_NO.__50_3207412_____                              503207412
__BALANCE_LAST_STATEMENT____|__NO.__|___DEPOSITAMOUNT_____|__NO.__|ITHDRAWALAMOUNT     |  BALANCE THIS STATEMENT
         74,149.96          |   1   |        300.00        |   6   |    70,473.54       |        3,976.42


        Activity Items Processed         7               Cash Processed        0.00

--------------------------------- DEPOSITS/CREDITS -------------------------------------

  DATE           AMOUNT    TRANSACTION            DESCRIPTION

  01-06          300.00    MOBILE DEPOSIT


----------------------------- OTHER WITHDRAWALS/DEBITS ----------------------------------

  DATE           AMOUNT    TRANSACTION            DESCRIPTION

  01-02           68.33    DEBIT CARD PURCHASE    GOOGLE*GSUITE ALLIANCE     CC GOOGLE.COM     CARD: 5516404
  01-07           17.27    DEBIT CARD RECURRING   DisneyPLUS                 888-9057888       CARD: 5516404
  01-07       70,000.00    INTERNET FUND TRANSFER TO ACCOUNT XXXXX2389
  01-13          202.78    POS DEBIT              TRACTOR SUPPLY # 19281     MONTGOMERY  TX    CARD: 5516404
  01-17           29.60    TREASURY MGMT SVCS
  01-23           90.62    DEBIT CARD PURCHASE    LOS CUCOS MEXICAN CAFE     281-5495027       CARD: 5516404
  01-31           64.94    DEBIT CARD RECURRING   GOOGLE *YouTube TV         G.CO/HELPPAY#     CARD: 5516404

--------------------------------- DAILY BALANCE ------------------------------------------
  DATE        BALANCE         | DATE        BALANCE          | DATE        BALANCE
                              |                              |
  12-31       74,149.96       | 01-07       4,364.36         | 01-23       4,041.36
  01-02       74,081.63       | 01-13       4,161.58         | 01-31       3,976.42
  01-06       74,381.63       | 01-17       4,131.98         |
```