IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Chapter 11 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| DUSTIN ETTER, | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| JEROD P. FURR, ET AL, | § | |
| | § | |
| Defendants, | § | |

NOTICE OF FILING DEMONSTRATIVES
FOR STATUS CONFERENCE ON JULY 22, 2025

**PLEASE TAKE NOTICE THAT**, a Status Conference as ordered by docket number 18 will be held on **July 22, 2025 at 4:00 p.m. (CST)**.

**PLEASE TAKE FURTHER NOTICE THAT**, the Trustee hereby files the Conference Demonstratives, attached hereto as **Exhibits A, B, & C**.

DATED: July 21, 2025                                Respectfully submitted,

                                                    */s/ Eric Terry*
                                                    **Eric Terry**
                                                    Texas Bar No. 00794729
                                                    HOWLEY LAW PLLC
                                                    700 Louisiana St., Suite 4545
                                                    Houston, Texas 77002
                                                    Telephone: 713-333-9125
                                                    Email: eric@howley-law.com

                                                    ***Counsel for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

I certify that on July 21, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in these cases.

/s/ Eric Terry
Eric Terry