**EXHIBIT A**

**Agenda for status hearing on 7/22/25 at 4 p.m.**

(Outline for demonstrative purposes; with full reservation of rights)

Trustee progress/overlaps with status of adversary

- Okin – resolved
- Protective Order/Documents from Furr and Etter, continuing to gather/Sharing Protocol
- Accounts
- Plan
- Drills/Equipment
- July 25 claim bar date

Status of Adversary

- Production by Furr ordered by Court
    - Produced 2389 statements from 8/1/24 to 6/23/25
    - Relevant to Adversary; prepetition transfers from debtor and nondebtor affiliates; one postpetition transfer from debtor to Furr; at least one postpetition transfer from a nondebtor affiliate to Furr
- Adversary should remain in bankruptcy court
    - All parties agree
    - Claims involved some estate claims and core claims; Chart reference
- Agreed TRO
    - All parties agree to entry of TRO to apply to all entities involved in adversary including nondebtor entities and assets owned/held by nondebtor entities; prevent dissipation of assets including drills/equipment
- Accountant
    - Trustee looking to hire accountant to make a report by a target date of 8/31
    - All parties agree
- Rule 16 conference
    - Keep the 8/11 Rule 16 conference
    - The parties will confer and at the Rule 16 conference propose scheduling for conforming the complaint (or complaints) to delineate the estate claims and individual claims (whether they are derivative of nondebtors or not); and further scheduling for answers/counterclaims/discovery; or ask for the Court's guidance

Other

- J Parker Construction transfer