United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § **ALLIANCE FARM AND RANCH, LLC,** and § **ALLIANCE ENERGY PARTNERS, LLC,** § § Debtors. § § § **DUSTIN ETTERS,** § § Plaintiff. § v. § § **JEROD P. FURR, ET AL,** § § Defendants, § | **Bankruptcy No. 25-30155** **Chapter 11** **(Jointly Administered)** Adversary No. 25-03382 |

## STIPULATION AND AGREED TEMPORARY INJUNCTION

Pursuant to an agreement between and among Tom A. Howley, in his capacity as the chapter 11 trustee (the "Trustee") in the above-numbered and styled bankruptcy proceedings, Dustin Etter ("Etter"), and Jerod Furr ("Furr") (collectively, the "Parties"), the Court enters this Stipulation and Agreed Temporary Injunction.

1. The Parties agree that an agreed temporary injunction is appropriate regarding the assets owned or held by Alliance Farm & Ranch, LLC ("AFR"), Alliance Energy Partners, LLC ("AEP"), AE Partners Holdings, Inc. ("AEPH"), and Invictus Drilling Motors, LLC ("Invictus").

2. Therefore, the Court ORDERS as follows:

Jerod Furr and Dustin Etter—and all persons acting in privity or in concert with them as well as their officers, agents, servants, employees, and attorneys—are in all things PROHIBITED and ENJOINED from spending, transferring, or otherwise disposing of any funds, drilling motors, patents, investment interests, or other property held or controlled by AEP, AFR, AEPH, or Invictus at the time of entry of this Order without the written consent of the Trustee or the Court.

Signed: July 22, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

**HOWLEY LAW PLLC**

/s/  Eric Terry
Eric Terry
State Bar No. 00794729
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana Street Suite 4545
Houston, Texas 77002
Phone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

*Trustee Counsel*

/s/  NOAH W. MEEK
NOAH E. W. MEEK
STATE BAR NO. 24084554
EMAIL: NMEEK@IRELANLAW.COM
2520 CAROLINE ST., 2ND FLOOR
HOUSTON, TEXAS 77004
PHONE: (713) 222-7666
FAX: (713) 222-7669

*Attorneys For Plaintiff Dustin Etter*

**PENDERGRAFT & SIMON, L.L.P**

/s/  LEONARD H. SIMON
LEONARD H. SIMON
TBN: 18387400
2777 ALLEN PARKWAY, SUITE 800
HOUSTON, TEXAS 77019
TEL. (713) 528-8555
E-MAIL: LSIMON@PENDERGRAFTSIMON.COM

*Attorney for Debtor Jerod P. Furr*