United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Bankruptcy No. 25-30155** |
| **ALLIANCE FARM AND RANCH, LLC,** and | § | **Chapter 11** |
| **ALLIANCE ENERGY PARTNERS, LLC,** | § | **(Jointly Administered)** |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| **DUSTIN ETTERS,** | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| **JEROD P. FURR, ET AL,** | § | |
| | § | |
| Defendants, | § | |

### STIPULATION AND AGREED TEMPORARY INJUNCTION

Pursuant to an agreement between and among Tom A. Howley, in his capacity as the chapter 11 trustee (the "Trustee") in the above-numbered and styled bankruptcy proceedings, Dustin Etter ("Etter"), and Jerod Furr ("Furr") (collectively, the "Parties"), the Court enters this Stipulation and Agreed Temporary Injunction.

1. The Parties agree that an agreed temporary injunction is appropriate regarding the assets owned or held by Alliance Farm & Ranch, LLC ("AFR"), Alliance Energy Partners, LLC ("AEP"), AE Partners Holdings, Inc. ("AEPH"), and Invictus Drilling Motors, LLC ("Invictus").

2. Therefore, the Court ORDERS as follows:

Jerod Furr and Dustin Etter—and all persons acting in privity or in concert with them as well as their officers, agents, servants, employees, and attorneys—are in all things PROHIBITED and ENJOINED from spending, transferring, or otherwise disposing of any funds, drilling motors, patents, investment interests, or other property held or controlled by AEP, AFR, AEPH, or Invictus at the time of entry of this Order without the written consent of the Trustee or the Court.

Signed: July 22, 2025

Alfredo R Pérez
United States Bankruptcy Judge

**HOWLEY LAW PLLC**

/s/  Eric Terry
Eric Terry
State Bar No. 00794729
HOWLEY LAW PLLC
TC Energy Center
700 Louisiana Street Suite 4545
Houston, Texas 77002
Phone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

*Trustee Counsel*

/s/  NOAH W. MEEK
NOAH E. W. MEEK
STATE BAR NO. 24084554
EMAIL: NMEEK@IRELANLAW.COM
2520 CAROLINE ST., 2ND FLOOR
HOUSTON, TEXAS 77004
PHONE: (713) 222-7666
FAX: (713) 222-7669

*Attorneys For Plaintiff Dustin Etter*

**PENDERGRAFT & SIMON, L.L.P**

/s/  LEONARD H. SIMON
LEONARD H. SIMON
TBN: 18387400
2777 ALLEN PARKWAY, SUITE 800
HOUSTON, TEXAS 77019
TEL. (713) 528-8555
E-MAIL: LSIMON@PENDERGRAFTSIMON.COM

*Attorney for Debtor Jerod P. Furr*

United States Bankruptcy Court
Southern District of Texas

Etter,
    Plaintiff

Furr,
    Defendant

Adv. Proc. No. 25-03382-arp

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Tom Howley, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| dft | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| dft | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| pla | + | Dustin Etter, 2520 Caroline, 2nd Floor, Houston, TX 77004, UNITED STATES 77004-1000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AE Partners Holdings, Inc. |
| dft | | AEP Asset Holdings, LLC |
| dft | | Connect Realty.com, Inc. |
| dft | | Corina Furr |
| dft | | Heaven Lee Properties, LLC |
| dft | | Invictus Drilling Motors, LLC |
| dft | | Jeana Lea Hurley |
| dft | | Jerod P Furr |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf002 | Total Noticed: 4 |

Branch Masterson Sheppard
    on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Deborah Louise Crain
    on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Jerod P Furr dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Corina Furr dcrain@e-merger.law

James Randal Bays
    on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

Leonard H Simon
    on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Noah E Meek
    on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  nperez@irelanlaw.com;scartwright@irelanlaw.com

Sara Aniece Morton
    on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley
    on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

TOTAL: 23