IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Chapter 11 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| DUSTIN ETTERS, | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| JEROD P. FURR, ET AL, | § | |
| | § | |
| Defendants, | § | |

## WITNESS AND EXHIBIT LIST
## FOR EMERGENCY HEARING ON AUGUST 11, 2025

Tom A. Howley Chapter 11 Trustee (the "**Trustee**") in the above-captioned chapter 11 cases files this witness and exhibit list (the "**Witness and Exhibit List**") for the telephone and video hearing scheduled for **August 11, 2025 at 9:30 a.m. (CT)** (the "**Hearing**") before the Honorable Alfredo R. Perez, United States Bankruptcy Judge.

## WITNESSES

The Trustee may call the following witnesses at the Hearing:

1. Tom A. Howley, Chapter 11 Trustee.

2. Any witness listed by any other party.

3. Rebuttal witnesses as necessary.

The Trustee further reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | *Trustee's Further Emergency Motion for Order (I) Continuing Rule 16 Conference, (II) Abating All Deadlines Regarding Same and (III)* | | | |

1

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
|  | *Granting Related Relief* [Docket No 28] |  |  |  |
| 2 | *Plaintiff's Eighth Amended Petition* |  |  |  |
|  | Any document or pleading filed in the above-captioned cases |  |  |  |
|  | Any exhibit necessary for cross-examination, impeachment and/or rebuttal purposes |  |  |  |
|  | Any exhibit identified or offered by any other party |  |  |  |

## RESERVATION OF RIGHTS

The Trustee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this Witness and Exhibit List at any time prior to or during the hearing.

Dated: August 8, 2025
      Houston, Texas

Respectfully submitted,

*/s/ Eric Terry*
Eric Terry **-** Texas Bar No. 00794729
**HOWLEY LAW PLLC**
TC Energy Center
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
Email: eric@howley-law.com

***Counsel for Tom A. Howley - Trustee***

## CERTIFICATE OF SERVICE

This is to certify that on August 8, 2025, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF notification system.

    */s/ Eric Terry*
    Eric Terry