IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | **Bankruptcy No. 25-30155** |
| **ALLIANCE FARM & RANCH, LLC** § | | **Chapter 11** |
| **and ALLIANCE ENERGY** § | | **(Jointly Administered)** |
| **PARTNERS, LLC.** § | | |
| § | | |
| *Debtors.* § | | |
| § | | |
| **HOLDINGS, LLC, AND DUSTIN** § | | |
| **ETTER, ALLIANCE ENERGY** § | | |
| **PARNERS, LLC, AE PARTNERS** § | | |
| **HOLDINGS, INC., AE PARTNERS** § | | |
| **HOLDINGS, L C AEP ASSET** § | | |
| **INVICTIS DRILLING MOTORS,** § | | |
| **LLC,** § | | |
| § | | |
| *Plaintiffs and Counter-Defendants* § | | |
| § | | |
| **V.** § | | **Adversary No. 25-03382** |
| § | | **(Jury Trial Demanded)** |
| **JEROD P. FURR, CORINA FURR** § | | |
| **ALLIANCE FARM & RANCH, LLC,** § | | |
| **AE PARTNERS HOLDINGS, LLC, AE** § | | |
| **PARTNERS HOLDINGS, INC.,** § | | |
| **ALLIANCE ENERGY PARTNERS,** § | | |
| **LLC, AEP ASSET HOLDINGS, LLC,** § | | |
| **and INVICTIS DRILLING MOTORS,** § | | |
| **LLC,** § | | |
| § | | |
| *Defendants, Counter-Plaintiffs* § | | |

**EROD FURR'S RESPONSE TO ETTER'S MOTION
CHALLENGING DESIGNATIONS OF CONFIDENTIALITY**

**(Responds to ECF Doc 27)**

1

**TO THE HONORABLE ALFREDO R. PEREZ, UNITED STATES BANKRUPTCY JUDGE:**

Jerod Furr hereby files this Response to Etter's Motion Changing Designations of Confidentiality, and in response thereto, Mr. Furr would show:

1. Paragraph 1.7 of the Protective Order (Case 25-30155 Document 164) defines "<u>Highly Confidential—Professionals' Eyes Only Information</u>", as follows:

"All Discovery Material that contains Confidential Information that a Designating Party reasonably and in good faith believes constitutes and/or contains **non-public, highly sensitive** and/or strictly proprietary **information** of a Party, including but not limited to trade secrets, pricing, current or future financial data or reports, current or future business and/or pricing plans or strategies, current or future plans for products or services, third-party agreements and their terms, employment agreements and their terms, customer lists, trading or investment strategies, or other financial information, that would be likely to cause harm to a Party's competitive position if disclosed outside the Main Case."

2. Mr. Furr submits that his personal bank account Statements contain <u>non-public, highly sensitive</u>" information. In this day and age, all of our personal information is subject to being compromised by criminals who are seeking personal information in order to engage in criminal scams. The methods of such criminals and the scope of the criminality are multifarious and largely unknown to private individuals and even law enforcement authorities. All citizens of this Country are barraged daily by constant criminal scams by telephone, email and text communications.

3. Allowing such personal banking information to be freely utilized by Mr. Etter, who is in a bitter dispute with Mr. Furr is irresponsible and destined to cause substantial and unknown potential harm to Mr. Furr and his family.

4. If Mr. Furr has the burden of proving that such personal banking information should remain "highly confidential – attorneys eyes only", Mr. Fur would ask that the Court take judicial

notice of today's criminal environment. The burden should shift to Mr. Etter's lawyer to prove why it is necessary for Mr. Etter to review such information.

 Respectfully Submitted,

**Pendergraft & Simon, LLP**

<u>/s/ *Leonard H. Simon*</u>
Leonard H. Simon
Texas Bar No. 18387400
S.D. Tex. Adm. No. 8200
William P. Haddock
Texas Bar No. 00793875
S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Jerod Furr*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Response has been served by and through the ECF Noticing system on all parties and their counsel who are registered to receive ECF notices on this 8th day of August 2025.

/s/ *Leonard H. Simon*
Leonard H. Simon
