IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Bankruptcy No. 25-30155** |
| **ALLIANCE FARM & RANCH, LLC** and **ALLIANCE ENERGY PARTNERS, LLC.** | § § § § § | **Chapter 11** **(Jointly Administered)** |
| *Debtors.* | § § § | |
| **HOLDINGS, LLC, AND DUSTIN ETTER, ALLIANCE ENERGY PARNERS, LLC, AE PARTNERS HOLDINGS, INC., AE PARTNERS HOLDINGS, L C AEP ASSET INVICTIS DRILLING MOTORS, LLC,** | § § § § § § § § | |
| *Plaintiffs and Counter-Defendants* | § § § | |
| V. | § § | **Adversary No. 25-03382** **(Jury Trial Demanded)** |
| **JEROD P. FURR, CORINA FURR ALLIANCE FARM & RANCH, LLC, AE PARTNERS HOLDINGS, LLC, AE PARTNERS HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC, and INVICTIS DRILLING MOTORS, LLC,** | § § § § § § § § § § | |
| *Defendants, Counter-Plaintiffs* | § § | |

**ORDER DENYING PLAINTIFFS' RESPONSE TO ETTER'S MOTION**
**CHALLENGING DESIGNATIONS OF CONFIDENTIALITY**

**(Denies Motion at ECF Doc 27)**

1

Jerod Furr has filed a Response to Plaintiffs' Motion Changing Designations of Confidentiality, ECF Doc 27 (the "Motion"). The Court has heard argument by counsel for Mr. Furr and Counsel for Plaintiffs. No evidence was offered by Plaintiffs. The Court finds that the relief requested by PlaintiffsEtter should denied, and it is so ordered.

Signed this 11th day of August 2025.

        **THE HONORABLE ALFREDO R. PEREZ,**
**UNITED STATES BANKRUPTCY JUDGE**