United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Bankruptcy No. 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, and | § | Chapter 11 |
| ALLIANCE ENERGY PARTNERS, LLC, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |
| | § | |
| DUSTIN ETTER, | § | |
| | § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § | |
| | § | |
| JEROD P. FURR, ET AL, | § | |
| | § | |
| Defendants, | § | |

### ORDER GRANTING MOTION (I) CONTINUING RULE 16 CONFERENCE, (II) ABATING ALL DEADLINES REGARDING SAME AND (III) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the Trustee for entry of an order (this "**Order**") (a) continuing the Rule 16 conference; and (b) abating all deadlines regarding same, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article II of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Rule 16 Conference Order is amended as stated herein.

2. The Rule 16 Conference shall be continued until further Court order.

3. All deadlines related to the Adversary including discovery deadlines and response deadlines to any pending motions shall be abated until further Court order.

4. Trustee shall not be prevented from using Bankruptcy Rule 2004 including against any party to this Adversary.

5. Except for the Trustee, no party to the Adversary may use Bankruptcy Rule 2004 related to this Adversary.

6. A virtual status conference will be held **on 9/15/2025 at 9 AM (CT).**

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 11, 2025

Alfredo R Pérez
United States Bankruptcy Judge