United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ALLIANCE FARM AND RANCH, LLC, and | § | Bankruptcy No. 25-30155 |
| ALLIANCE ENERGY PARTNERS, LLC, | § § | Chapter 11 (Jointly Administered) |
| Debtors. | § § § | |
| DUSTIN ETTER, | § § | |
| Plaintiff. | § | Adversary No. 25-03382 |
| v. | § § | |
| JEROD P. FURR, ET AL, | § § | |
| Defendants, | § | |

### ORDER GRANTING MOTION (I) CONTINUING RULE 16 CONFERENCE, (II) ABATING ALL DEADLINES REGARDING SAME AND (III) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the Trustee for entry of an order (this "**Order**") (a) continuing the Rule 16 conference; and (b) abating all deadlines regarding same, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article II of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Rule 16 Conference Order is amended as stated herein.

2. The Rule 16 Conference shall be continued until further Court order.

3. All deadlines related to the Adversary including discovery deadlines and response deadlines to any pending motions shall be abated until further Court order.

4. Trustee shall not be prevented from using Bankruptcy Rule 2004 including against any party to this Adversary.

5. Except for the Trustee, no party to the Adversary may use Bankruptcy Rule 2004 related to this Adversary.

6. A virtual status conference will be held **on 9/15/2025 at 9 AM (CT).**

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 11, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Etter,
    Plaintiff

Furr,
    Defendant

Adv. Proc. No. 25-03382-arp

# CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 2
Date Rcvd: Aug 11, 2025     Form ID: pdf002     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Tom Howley, Howley Law PLLC, 700 Louisiana Street, Ste 4545, Houston, TX 77002, UNITED STATES 77002-2869 |
| dft | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| dft | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| pla | + | Dustin Etter, 2520 Caroline, 2nd Floor, Houston, TX 77004, UNITED STATES 77004-1000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AE Partners Holdings, Inc. |
| dft | | AEP Asset Holdings, LLC |
| dft | | Connect Realty.com, Inc. |
| dft | | Corina Furr |
| dft | | Heaven Lee Properties, LLC |
| dft | | Invictus Drilling Motors, LLC |
| dft | | Jeana Lea Hurley |
| dft | | Jerod P Furr |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Aug 11, 2025 | Form ID: pdf002 | Total Noticed: 4

| Name | Email Address |
|------|---------------|
| Branch Masterson Sheppard | on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Branch Masterson Sheppard | on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com |
| Deborah Louise Crain | on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Jerod P Furr dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law |
| Deborah Louise Crain | on behalf of Defendant Corina Furr dcrain@e-merger.law |
| James Randal Bays | on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| James Randal Bays | on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com |
| Leonard H Simon | on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com |
| Noah E Meek | on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  rbraham@irelanlaw.com;scartwright@irelanlaw.com |
| Sara Aniece Morton | on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com |
| Sara Aniece Morton | on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com |
| Sara Aniece Morton | on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com |
| Thomas A Howley | on behalf of Trustee Tom Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com |

TOTAL: 23