United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-30155 |
| **ALLIANCE FARM AND RANCH, LLC,** *et al.*, | § § § | CHAPTER 11 |
| Debtors. | § | |
| **DUSTIN ETTER,** | § | |
| Plaintiff, | § | |
| VS. | § | ADVERSARY NO. 25-3382 |
| **JEROD P FURR,** *et al.*, | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION CHALLENGING DESIGNATIONS OF CONFIDENTIALITY (ECF NO. 27)

At the hearing held on August 11, 2025, in the referenced adversary proceeding [hereinafter "Adversary Proceeding"], the Court addressed the Plaintiff's motion at ECF No. 27, Jerod Furr's response at ECF No. 30 and ordered that Mr. Furr, to the extent he wanted to maintain for attorney's eyes only any particular entry in the bank statements, to provide an entry-by-entry justification for the need to keep the item subject to attorney's eyes only. Mr. Furr was given until 8/18/2025 to file the entry-by-entry designation for in-camera review. No entry-by-entry designations were filed by Mr. Furr. Therefore, it is,

ORDERED that after execution of the Acknowledgement and subject to the terms of the "Stipulated Protective Order" (ECF #167, Case No. 25-30155), Plaintiff's counsel can provide Dustin Etter copies of the bank statements for the account number ending in 2389 on a confidential basis solely for use in connection with this Adversary Proceeding.

Signed: August 25, 2025

Alfredo R Pérez
United States Bankruptcy Judge