United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-30155 |
| ALLIANCE FARM AND RANCH, LLC, *et al.*, | § § | |
| | § | CHAPTER 11 |
| | § | |
| Debtors. | § | |
| | § | |
| DUSTIN ETTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 25-3382 |
| | § | |
| JEROD P FURR, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION CHALLENGING DESIGNATIONS OF CONFIDENTIALITY (ECF NO. 27)

At the hearing held on August 11, 2025, in the referenced adversary proceeding [hereinafter "Adversary Proceeding"], the Court addressed the Plaintiff's motion at ECF No. 27, Jerod Furr's response at ECF No. 30 and ordered that Mr. Furr, to the extent he wanted to maintain for attorney's eyes only any particular entry in the bank statements, to provide an entry-by-entry justification for the need to keep the item subject to attorney's eyes only. Mr. Furr was given until 8/18/2025 to file the entry-by-entry designation for in-camera review. No entry-by-entry designations were filed by Mr. Furr. Therefore, it is,

ORDERED that after execution of the Acknowledgement and subject to the terms of the "Stipulated Protective Order" (ECF #167, Case No. 25-30155), Plaintiff's counsel can provide Dustin Etter copies of the bank statements for the account number ending in 2389 on a confidential basis solely for use in connection with this Adversary Proceeding.

Signed: August 25, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Etter,
    Plaintiff

Adv. Proc. No. 25-03382-arp

Furr,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | ALLIANCE FARM AND RANCH, LLC, 5450 Honea Egypt Rd, Montgomery, TX 77316-2364 |
| dft | + | Alliance Energy Partners, LLC, 20008 Champions Forest Dr., Suite 1203, Spring, TX 77379-8697 |
| pla | + | Dustin Etter, 2520 Caroline, 2nd Floor, Houston, TX 77004, UNITED STATES 77004-1000 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AE Partners Holdings, Inc. |
| dft | | AEP Asset Holdings, LLC |
| dft | | Connect Realty.com, Inc. |
| dft | | Corina Furr |
| dft | | Heaven Lee Properties, LLC |
| dft | | Invictus Drilling Motors, LLC |
| dft | | Jeana Lea Hurley |
| dft | | Jerod P Furr |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2025        Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Aug 25, 2025 | Form ID: pdf111 | Total Noticed: 3 |

Branch Masterson Sheppard
    on behalf of Defendant Jeana Lea Hurley bsheppard@mcglinchey.com  sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Heaven Lee Properties  LLC bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
    on behalf of Defendant Connect Realty.com  Inc. bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Deborah Louise Crain
    on behalf of Defendant AEP Asset Holdings  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Jerod P Furr dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Alliance Energy Partners  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant AE Partners Holdings  Inc. dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Invictus Drilling Motors  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC dcrain@e-merger.law

Deborah Louise Crain
    on behalf of Defendant Corina Furr dcrain@e-merger.law

James Randal Bays
    on behalf of Defendant Alliance Energy Partners  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant AEP Asset Holdings  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant ALLIANCE FARM AND RANCH  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Jerod P Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Invictus Drilling Motors  LLC randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant AE Partners Holdings  Inc. randy@baysfirm.com, Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

James Randal Bays
    on behalf of Defendant Corina Furr randy@baysfirm.com  Kerry@baysfirm.com;randybays@hotmail.com;Vickie@baysfirm.com

Leonard H Simon
    on behalf of Defendant Jerod P Furr lsimon@pendergraftsimon.com csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Noah E Meek
    on behalf of Plaintiff Dustin Etter nmeek@irelanlaw.com  rbraham@irelanlaw.com;scartwright@irelanlaw.com

Sara Aniece Morton
    on behalf of Defendant Jeana Lea Hurley smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Connect Realty.com  Inc. smorton@rmjelaw.com

Sara Aniece Morton
    on behalf of Defendant Heaven Lee Properties  LLC smorton@rmjelaw.com

Thomas A Howley
    tom@howley-law.com  thowley@ecf.axosfs.com

Thomas A Howley
    on behalf of Trustee Thomas A Howley tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

TOTAL: 24