IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| v. | § | Adversary Case No. 25-03382 |
| | § | |
| **JEROD P. FURR, et al.** | § | |

### PLAINTIFF'S POSITION STATEMENT FOR STATUS CONFERENCE ON OCTOBER 6, 2025

Plaintiff Dustin Etter files this Position Statement for Status Conference on October 6, 2025. Plaintiff requests that this case proceed forward, or at a minimum: (a) the case be unabated as to claims as between non-debtors and (b) the Trustee be ordered to produce any financial records that the Trustee has for the debtors, including especially and in particular but not limited to the QuickBooks file for the Debtors that Plaintiff has been trying to get for the better part of a year.

1. Plaintiff strongly disagrees with many of the assertions in the Trustee's position statement. Plaintiff Dustin Etter is not an "insider" or a holder of Debtor Alliance Farm & Ranch, LLC ("AFR"). While the various claims in this adversary involve co-tortfeasors and co-injured parties, none of Plaintiff's claims are "derivative" claims brought on behalf of any Debtor.

2. The gist of the Trustee's position seems to amount to an assertion that "this lawsuit should not go forward because the Trustee will win it." If the Trustee believes that the Trustee will defeat Plaintiff's claims, particularly those against AFR in which Plaintiff is indisputably not an "insider," the Trustee should do so on the merits rather than through procedural devices like a continued abatement.

3. The especially concerning and frustrating aspect of a continued abatement

is the ever-widening information gap between Plaintiff Dustin Etter and everyone else. It is undisputed that Plaintiff Dustin Etter was never in financial control of either Debtor. He has been largely excluded from access to the Debtors' books and records. He has been trying to get complete financials, including specifically the QuickBooks file (or files) for Debtor AFR and its affiliates, since 2024. Those financials, and the QuickBooks file(s) in particular, are highly relevant to both Plaintiff's claims in this adversary and to the proposed plan. It appears that the financial report attached to the plan is in large part based on the contents of this QuickBooks file. The QuickBooks file was created and maintained by or under the control of Defendant Jerod Furr, and likely contains self-serving entries and categorizations for various things. For instance, the financial report attached to the proposed plan describes "$832,036" as being spent on a "motorshop investment," which may be derived from QuickBooks entry characterizations for what is in fact at least in significant part spending on Defendant Mr. Furr's house. See Docs. 56-10 & 80-31 in the main case. The Trustee, the Committee, and Mr. Etter's business partner Defendant Jerod Furr have had months (or in Mr. Furr's case years) to review this file whereas Mr. Etter has been seeking it since 2024 but has still yet to get it.

4. Although Plaintiff remains open to being flexible about the timing of the Trustee's participation in this adversary, Plaintiff Mr. Etter is opposed to this case remaining abated forever, as to any claims against non-debtors, or to the extent any party, including the Trustee, are directly or indirectly using the abatement as a method to maintain an information disparity in which Plaintiff Mr. Etter gets substantially less (substantially later) access to financials and other important information than any of the other interested parties.

Respectfully submitted,

IRELAN STEPHENS, PLLC

By: /s/ Noah Meek
_____
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@irelanlaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax:     (713) 222-7669

**ATTORNEYS FOR PLAINTIFF
DUSTIN ETTER**

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2025, a true and correct copy of this instrument was served upon all parties in compliance with the Federal Rules of Bankruptcy Procedure.

/s/ Noah Meek
_____
Noah Meek