| | |
|---|---|
| **From:** | Miles, Nannette S. <nsmiles@vorys.com> |
| **Sent:** | Tuesday, December 23, 2025 3:37 PM |
| **To:** | sfrizzell@e-merger.law |
| **Cc:** | whotze@dykema.com; tom@howley-law.com; Eric@hawley-law.com; Noah Meek; Rech, Steven R. |
| **Subject:** | Isodrill, Inc. |

Ms. Crain,

Below is a link to Mr. Rech's letter and the referenced documents regarding Isodrill-related documents and information referred to in paragraph 10(b) of the Settlement Agreement.

https://vorys.sharefile.com/d-sc0e6accb247f417ea6c41d409d7f617c

Sent on behalf of Steve Rech.

Regards,



*Nannette S. Miles*
Litigation Paralegal
**o:** 713.588.7045
NSMiles@vorys.com
**vorys.com**

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.