IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DUSTIN ETTER § | |
| § | |
| v. § | Adversary Case No. 25-03382 |
| § | |
| JEROD P. FURR, et al. § | |

### DECLARATION OF NOAH MEEK

1. My name is Noah Meek. I am over the age of 18, of sound mind, and capable of making this Declaration. I am counsel for Plaintiff Dustin Etter in the above-referenced matter.

2. On 12/23/2023, counsel for IsoDrill, Inc. ("IsoDrill") sent me and counsel an email with a link to various documents related to investments made by AE Partners Holdings, Inc. and Alliance Energy Partners, LLC in IsoDrill. A true and correct copy of that email is being filed as Doc. 47-2 in this adversary.

3. Doc. 47-1, Doc. 47-4, Doc. 47-5, and Doc. 48-2 filed in this adversary are true and correct copies of documents provided by IsoDrill.

4. Doc. 48-1 filed in this adversary is a true and correct copy of a CarFax report that I obtained on 1/26/2026 on the Mercedes G-Wagon originally purchased in the name of Alliance Energy Partners, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/2/2026

By: **/s/ Noah Meek**