IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| v. | § | Adversary Case No. 25-03382 |
| | § | |
| **JEROD P. FURR, et al.** | § | |

## ORDER GRANTING JOINT EMERGENCY MOTION TO LIFT ABATEMENT

Movants'[1] Joint Emergency Motion to Lift Abatement is in all things GRANTED.

The abatement in this adversary proceeding is in all things lifted to allow any party, the Trustee, or the Committee seek a temporary restraining order and a temporary injunction, and other appropriate relief related to injunctive relief, including seeking contempt or sanctions for violations of an injunction, and to prevent and investigate possible violations of an injunction, by discovery or otherwise.

SIGNED on _____, 2026.

_____
JUDGE PRESIDING

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Abatement Motion.

Respectfully submitted,

IRELAN STEPHENS, PLLC

By: /s/ Noah Meek
    Noah E. W. Meek
    State Bar No. 24084554
    Email: nmeek@irelanlaw.com
    2520 Caroline St., 2nd Floor
    Houston, Texas 77004
    Phone:   (713) 222-7666
    Fax:      (713) 222-7669

**ATTORNEYS FOR PLAINTIFF DUSTIN ETTER**

**APPROVED, AGREED, & ENTRY REQUESTED:**

| /s/ Eric Terry | /s/ Will Hotze |
|---|---|
| Eric Terry | William Hotze |
| State Bar No. 00794729 | State Bar No. 24087754 |
| HOWLEY LAW PLLC | Nicholas Zugaro |
| 700 Louisiana Street Suite 4545 | State Bar No. 24070905 |
| Houston, Texas 77002 | 1401 McKinney Street, Suite 1625 |
| Phone: 713-333-9125 | Houston, Texas 77010 |
| Email: eric@howley-law.com | Telephone: (713) 904-6900 |
| | Email: whotze@dykema.com |
| |        nzugaro@dykema.com |
| **ATTORNEYS FOR TRUSTEE** | **ATTORNEYS FOR OFFICIAL COMMITTEE FOR UNSECURED CREDITORS** |