# CARFAx History-Based Value Report

**$40,280**
CARFAX Retail Value

### History events affecting this vehicle's value

- ↑ ✓ No Accidents Reported
- ↑ 1 1-Owner Vehicle
- ↑ 🔧 Service History
- ↓ 📬 Open Recall

# CARFAx Vehicle History Report™

**2021 FORD F-150 KING RANCH**

VIN: 1FTFW1E81MFA25943
CREW PICKUP
3.5L V6 F DOHC 24V
GASOLINE
REAR WHEEL DRIVE W/ 4X4
Original Window Sticker

| | |
|---|---|
| ✓ | No accidents or damage reported to CARFAX |
| 🔧 | **6** Service history records |
| 📬 | At least 1 open recall |
| 1 | CARFAX 1-Owner vehicle |
| 🏠 | Personal vehicle |
| 🔢 | **84,040** Last reported odometer reading |



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/26/26 at 2:59:00 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAx Recent Service Highlights
Key services performed in the last 12 months

| Service | Comments | Date |
|---|---|---|
| 🛞 Tires | ✓ Four wheel alignment performed | 03/24/2025 |



This car has been recently serviced. That's a good thing!

| **CARFAX** Additional History<br>Not all accidents / issues are reported to CARFAX | Owner 1 |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✓ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✓ No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ✓ No Issues Reported |
| **Manufacturer Recall**<br>At least 1 manufacturer recall requires service. Locate an authorized Ford or Lincoln Mercury dealer or call 866-436-7332 to obtain more information about this recall. | Recall Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | Warranty Expired |

| **CARFAX** Title History<br>CARFAX guarantees the information in this section | Owner 1 |
|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✓ Guaranteed No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | ✓ Guaranteed No Problem |



**GUARANTEED** - None of these title problems were reported by a U.S. state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, you may qualify.
View Terms | View Certificate

| **CARFAX** Ownership History<br>The number of owners is estimated | Owner 1 |
|---|---|
| Year purchased | 2021 |
| Type of owner | Personal |

| | | |
|---|---|---|
| Estimated length of ownership | | 4 yrs. 11 mo. |
| Owned in the following states/provinces | | Texas |
| Estimated miles driven per year | | 17,050/yr |
| Last reported odometer reading | | 84,040 |

**CARFAX Detailed History**

**Owner 1**  
Purchased: 2021  
**Personal Vehicle**  
17,050 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/30/2020 | | Ford Motor Company | **Vehicle manufactured and shipped to original dealer**<br>Original Window Sticker |
| 01/12/2021 | 3 | Holiday Ford<br>Whitesboro, TX<br>903-564-3594<br>★ 5.0 / 5.0<br>30 Verified Reviews | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Emissions or safety inspection performed<br>- Tire condition and pressure checked |
| 01/15/2021 | 55 | Texas<br>Inspection Station | **Passed safety inspection** |
| 01/30/2021 | 191 | Holiday Ford<br>Whitesboro, TX<br>903-564-3594<br>★ 5.0 / 5.0<br>30 Verified Reviews | **Vehicle serviced** |
| 02/04/2021 | | Texas<br>Motor Vehicle Dept.<br>Lindsay, TX | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Brown |
| 02/12/2021 | 3,258 | Sewell Ford Lincoln<br>Odessa, TX<br>432-498-0421<br>★ 4.5 / 5.0 | **Vehicle serviced** |

| | | | |
|---|---|---|---|
| | | 229 Verified Reviews  ♥ 37 Customer Favorites | |
| 04/07/2021 | | Ford Motor Company | **Manufacturer Safety recall issued**<br>- NHTSA #21V090<br>- Recall #21C06 WINDSHIELD GLASS REATTACHMENT<br>- Status: Remedy Available<br><br>Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information<br><br>⊖ Learn more about this recall |

> **Description:** WINDSHIELD GLASS REATTACHMENT
>
> THE WINDSHIELD MAY NOT STAY ADEQUATELY RETAINED IN A CRASH, WHICH MAY INCREASE THE RISK OF INJURY TO AN OCCUPANT IN A CRASH.
>
> **Remedy:** FORD MOTOR COMPANY HAS AUTHORIZED YOUR DEALER TO REMOVE THE WINDSHIELD AND ENSURE PROPER REATTACHMENT FREE OF CHARGE PARTS AND LABOR.

| | | | |
|---|---|---|---|
| 01/03/2022 | | Texas<br>Motor Vehicle Dept.<br>Lindsay, TX | **Title issued or updated**<br>- Vehicle color noted as Brown |
| 05/17/2022 | 45,203 | Holiday Ford<br>Whitesboro, TX<br>903-564-3594<br>★ 5.0 / 5.0<br>30 Verified Reviews | **Vehicle serviced**<br>- Electrical system checked<br>- Shift lever/assembly replaced<br>- Transmission checked<br>- Trim checked |
| 12/02/2022 | 50,382 | Tirelink Group<br>Magnolia, TX<br>281-789-8809<br>★ 5.0 / 5.0<br>182 Verified Reviews<br>♥ 2 Customer Favorites | **Vehicle serviced**<br>- Tire repaired<br>- Tires rotated |
| 01/31/2023 | 52,228 | Texas<br>Inspection Station<br>Lindsay, TX | **Passed emissions inspection** |
| 03/03/2023 | | Texas<br>Motor Vehicle Dept.<br>Montgomery, TX | **Registration issued or renewed**<br>- Passed safety inspection<br>- Vehicle color noted as Brown |
| 08/07/2024 | 68,443 | Texas<br>Inspection Station<br>Montgomery, TX | **Passed emissions inspection** |
| 08/08/2024 | | Texas<br>Motor Vehicle Dept. | **Registration issued or renewed**<br>- Passed safety inspection |

| Date | Mileage | Source | Details |
|---|---|---|---|
| | | Montgomery, TX | - Vehicle color noted as Brown |
| 03/24/2025 | 73,241 | Gullo Ford<br>Conroe, TX<br>281-367-0000<br>⭐ 4.6 / 5.0<br>1,319 Verified Reviews<br>❤ 18,949 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Four wheel alignment performed<br>- Rack and pinion replaced |
| 03/25/2025 | 73,440 | Texas<br>Inspection Station<br>Montgomery, TX | **Passed emissions inspection** |
| 03/26/2025 | | Texas<br>Motor Vehicle Dept.<br>Montgomery, TX | **Registration issued or renewed**<br>- Passed safety inspection<br>- Vehicle color noted as Brown |
| 05/12/2025 | | Ford Motor Company | **Manufacturer Safety recall issued**<br>- NHTSA #25V315<br>- Recall #25S49 REAR CAMERA SCREEN SOFTWARE UPDATE<br>- Status: Remedy Available<br><br>Locate an authorized Ford or Lincoln dealer or call 866-436-7332 to obtain more information<br><br>⊖ **Learn more about this recall**<br><br>**Description:** ON YOUR VEHICLE, THE INFOTAINMENT SCREEN MAY FREEZE FOLLOWED BY A BLACK SCREEN AND A SYSTEM REBOOT. IF THIS OCCURS DURING A BACKING EVENT, THE REAR-VIEW IMAGE MAY BE FROZEN, MISSING, OR DELAYED.<br><br>A FROZEN REAR-VIEW CAMERA DISPLAY IMAGE WHILE IN REVERSE CAN REDUCE THE DRIVERS VIEW OF WHAT IS BEHIND THE VEHICLE, INCREASING THE RISK OF A CRASH.<br><br>**Remedy:** SOFTWARE IS NOW AVAILABLE TO REPAIR YOUR VEHICLE. FORD MOTOR COMPANY HAS RELEASED SOFTWARE FOR 25S49. YOUR VEHICLE IS CAPABLE OF FORD SOFTWARE UPDATES. WHEN AUTOMATIC UPDATES ARE TURNED ON STANDARD FROM THE FACTORY, THE SOFTWARE WILL BE DOWNLOADED TO YOUR VEHICLE OVER A PRIVATE WI-FI NETWORK OR THROUGH YOUR VEHICLES MODEM THROUGH THE CELLULAR NETWORK. BEFORE THE SOFTWARE IS INSTALLED YOU WILL HAVE TO SCHEDULE A DAY AND TIME WHEN YOU WILL NOT NEED THE VEHICLE FOR UP TO 8 HOURS WHILE THE INSTALLATION IS COMPLETED. NOTE REFER TO FORD.COMSUPPORT FOR FURTHER INFORMATION ON YOUR FORD SOFTWARE UPDATES SYSTEM. SHOULD THE SOFTWARE FAIL TO LOAD OR INSTALL PROPERLY, FORD HAS AUTHORIZED YOUR DEALER TO INSTALL 25S49 SOFTWARE FREE OF CHARGE UNDER THE TERMS OF THIS PROGRAM. |
| 07/01/2025 | 76,314 | Texas<br>Motor Vehicle Dept.<br>Spring, TX | **Title issued or updated**<br>- Vehicle color noted as Brown |
| 12/10/2025 | 84,024 | Texas<br>Inspection Station<br>Spring, TX | **Passed emissions inspection** |

| 01/08/2026 | 84,040 | Texas<br>Motor Vehicle Dept.<br>Fresno, TX | **Title issued or updated**<br>- Loan or lien reported<br>- Vehicle color noted as Brown |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller. Learn More

Have Questions? Please visit our Help Center at www.carfax.com.

## Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ford or Lincoln Mercury Recall**
The Ford Motor Company provides CARFAX with Field Service Action and recall information regarding safety, compliance and emissions programs announced since 2000 for a specific vehicle. For complete information regarding programs or concerns about this vehicle, please contact a local Ford or Lincoln Mercury Dealer.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform vehicle owners of a safety defect or failure to meet minimum federal safety or emissions standards. Manufacturer recalls are repaired at no cost to the customer.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX    @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
1/26/26 2:59:00 PM (CST)

# CARFAX Warranty Check™

CARFAX has estimated the remaining original manufacturer warranty coverage based on information reported to us on this **2021 FORD F-150 KING RANCH (1FTFW1E81MFA25943)**.

Please confirm remaining factory warranty and extended warranty options with your dealer or vehicle manufacturer.

### 2021 FORD F-150 KING RANCH

| | |
|---|---|
| **VIN:** | 1FTFW1E81MFA25943 |
| **Estimated start date of warranty:** | 02/04/2021 |
| **Last CARFAX reading reported on 01/08/2026:** | 84,040 miles |
| **Today's date:** | 01/26/2026 |

| Type of Coverage | Original Warranty | Estimated Remaining Coverage |
|---|---|---|
| **Basic** | 36 months or 36,000 miles | Coverage Expired |
| **Hybrid** | 96 months or 100,000 miles | 37 months or 15,960 miles |
| **Drivetrain** | 60 months or 60,000 miles | Coverage Expired |
| **Emissions** | No data reported to CARFAX | |
| **Corrosion** | 60 months or unlimited mileage | 1 month or unlimited mileage |
| **Transferable** | No data reported to CARFAX | |
| **Roadside** | 60 months or 60,000 miles | Coverage Expired |
| **Safety belt & inflatable restraint** | 60 months or 60,000 miles | Coverage Expired |
| **Specific Components** | No data reported to CARFAX | |
| **Notes** | Diesel Engine coverage: 5/100,000. Hybrid Specific Components coverage: 8/100,000. | |

CARFAX Warranty Check provides an **estimate** of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer

Case 25-03382   Document 48-1   Filed in TXSB on 02/02/26   Page 8 of 10

warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the FORD website.

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
1/26/26 2:59:00 PM (CST)



# CARFAX Buyback Guarantee

## CARFAX Buyback Coverage:
01/26/2026 - 01/26/2027

### CARFAX Vehicle Description:
2021 FORD F-150 KING RANCH

**VIN:**
1FTFW1E81MFA25943

**Body Style:**
Crew Pickup

**Driveline:**
Rear wheel drive w/ 4X4

**Engine:**
3.5L V6 F DOHC 24V

### You may qualify
if you find that any of these problems were reported by a U.S. Department of Motor Vehicles and were not included in this report.

              

**Severe Damage:**

Salvage/Junk
Rebuilt/Reconstructed
Dismantled
Fire/Flood/Hail

**Odometer Problems:**

Exceeds Mechanical Limits
Not Actual Mileage

**Lemon History:**

Manufacturer Buyback

### Terms and Conditions Apply
View Terms and Conditions for CARFAX Buyback Guarantee coverage

© 2026 CARFAX, Inc., part of S&P Global. All rights reserved.
1/26/26 2:59:00 PM (CST)