TO: Board of Directors of Isodrill Inc. (Saad Bargach and Stephen D. Bonner)

FROM: Alliance Energy Partners LLC

RE: Notice of Exercise of Option to Purchase Additional Shares pursuant to that Subscription Agreement and Joinder to Stockholder's Agreement dated as of May 7, 2021

DATE: August 31, 2021

      The undersigned, Alliance Energy Partners LLC, a Texas limited liability company controlled by Jerod P. Furr, an individual residing at 9823 Friesian Estates Drive, Spring, Texas 77379 ("Subscriber"), and Isodrill, Inc., a Delaware corporation with offices at 3656 Westchase Drive, Houston, Texas 77042 (the "Corporation"), are parties to that certain Subscription Agreement and Joinder to Stockholders' Agreement dated as of May 7, 2021 (the "Subscription Agreement"). The Subscription Agreement authorized Subscriber to purchase forty thousand (40,000) shares (the "Initial Shares") of the Corporation's Common Stock, par value $0.01 per share (the "Common Stock"), in consideration of the contribution of $500,000.00. Payment for the Initial Shares has been paid in full by Subscriber. In addition, Subscriber was granted the option to purchase an additional forty thousand (40,000) shares of Common Stock (the "Additional Shares", and together with the Initial Shares, the "Shares") at an aggregate purchase price of $500,000, subject to the terms and conditions set forth in the Subscription Agreement, provided Subscriber gives written notice of such election to the Board of Directors no later than August 31, 2021 and makes payment for such Additional Shares as follows: $125,000 on or before September 30, 2021; $125,000 on or before October 31, 2021; $125,000 on or before November 30, 2021; and the balance of $125,000 on or before December 31, 2021, or such other payment terms as may be mutually agreed with the Board. Subscriber hereby provides such written notice of its election to purchase such Additional Shares subject to the terms and conditions of the Subscription Agreement.

This Notice of Exercise and the issuance of the Additional Shares pursuant to the terms of the Subscription Agreement shall be construed and enforced in accordance with, and governed by the laws of, the State of Delaware, without giving effect to any of the conflicts of laws or choice of law provisions thereof that would compel the application of the substantive laws of any other jurisdiction.

[REMAINDER OF THIS PAGE INTENTIONALLY BLANK]

**IN WITNESS WHEREOF**, the undersigned has caused this Notice of Exercise to Purchase Additional Shares to be executed as of the date first set forth above.

**SUBSCRIBER: Alliance Energy Partners LLC**

By: _____
Jerod P. Furr, President & CEO

ACKNOWLEDGED AND AGREED,
as of the date first set forth above by:

**ISODRILL, INC.**

By: _____   By: _____
Saad Bargach, Director              Stephen D. Bonner, Director

2