# WITNESS AND EXHIBIT LIST
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**U.S. Bankruptcy Judge: Alfredo R Perez**

| | |
|---|---|
| **Adversary Case No:** | 25-03382 |
| **Style of Adversary:** | Dustin Etter v. Jerod Furr, et al. |

| **Does this amend or supplement a previously filed Witness & Exhibit List? If so, state the date and CM/ECF No. of such previous filing.** | **Yes** | **No** |
|---|---|---|
| | | x |
| | **Date** | **CM/ECF No.** |
| | | |

| | |
|---|---|
| **Hearing/Trial Date:** | February 5, 2026 |
| **Hearing Time:** | 2:00 PM |
| **Party's Name:** | Dustin Etter |
| **Attorney's Name:** | Noah Meek |

| **Nature of Proceeding(s):** | **CM/ECF No.** | **Matter** |
|---|---|---|
| | 47 | Joint Emergency Motion to Lift Abatement |
| | 48 | Joint Emergency Motion for Temporary Restraining Order and Temporary Injunction |

| **Witness List** | |
|---|---|
| **Lay Witnesses:** | Jerod Furr |
| | Dustin Etter |
| | Leonard Simon, if necessary to authenticate certain documents |
| | Deborah Crain, if necessary to authenticate certain documents |
| | Noah Meek, if necessary to authenticate certain documents |
| **Expert Witnesses:** | Any witness called or designated by another party |

| **Rebuttal/ Impeachment Witnesses** | |
|---|---|
| **Lay Witnesses:** | Any witness called or designated by another party |
| **Expert Witnesses:** | Any witness called or designated by another party |

| **For Court Use Only** |
|---|

**1** of 3

| Ex. No. | Description | Offered | Objection | Disposition |
|---|---|---|---|---|
| 1. | IsoDrill Stock Exchange Agreement [Doc. 47-1] | | | |
| 2. | 12/23/2025 Email from IsoDrill [Doc. 47-2] | | | |
| 3. | Declaration of Noah Meek [Doc. 47-3] | | | |
| 4. | 2nd Amended IsoDrill Shareholders Agreement [Doc. 47-4] | | | |
| 5. | 3rd Amended IsoDrill Shareholders Agreement [Doc. 47-5] | | | |
| 6. | CarFax Report on Truck [Doc. 48-1] | | | |
| 7. | IsoDrill Notice of Election to Purchase Shares [Doc. 48-2] | | | |
| 8. | Bank statement showing $70,000 post-petition transfer out of AFR [Doc 96-1 in main bankruptcy case] | | | |
| 9. | AEP bank statement showing $300,000 transfer within 90 days of filing [Doc. 20-1] | | | |
| 10. | AEP bank record showing owner of the account (J Parker Construction) that received the $300,000 [Doc. 20-2] | | | |
| 11. | Certificate formation showing that Jerod Furr is the managing member of J Parker Construction [Doc. 20-3] | | | |
| 12. | Statement from Jerod Furr indicating he intended to keep $500,000 from the Ostrander transaction [Doc. 48-1 in main bankruptcy case] | | | |
| 13. | Mercedes Sales Contract [Doc. 84-1 in main bankruptcy case] | | | |
| 14. | Mercedes Application for Title [Doc. 84-2 in main bankruptcy case] | | | |
| 15. | Email with 2021 AEP balance sheet [Doc. 84-3 in main bankruptcy case] | | | |
| 16. | 2022 Tax Return Excerpt re IsoDrill [Doc. 84-4 in main bankruptcy case] | | | |
| 17. | Harney Partners Report [Doc. 187 in the main bankruptcy case] | | | |
| 18. | Transcript of the 5/23/2025 Hearing in the main case [attached to this filing] | | | |
| 19. | AEP's Amended SOFA [Doc. 177 in main bankruptcy case] | | | |
| 20. | Attachment to AEP's Amended SOFA [Doc. 177-1 in main bankruptcy case] | | | |
| 21. | Recording of 6/25/2025 meeting of creditors | | | |
| 22. | Recording of 7/28/2025 meeting of creditors | | | |
| 23. | Recording of 9/2/2025 meeting of creditors | | | |
| 24. | | | | |

| | | | | |
|---|---|---|---|---|
| **Rebuttal/Impeachment Exhibits** | | | | |
| | | | | |
| 1. | Any and all exhibits listed or used by another other party | | | |

Dustin Etter reserves any and all rights to amend or supplement this *Witness and Exhibit List*, to call any witnesses designated or called by any other party, and to use any other exhibit designated or referred to by any other party to the hearing.

Respectfully submitted,

IRELAN STEPHENS, PLLC

By: /s/ Noah Meek
Noah E. W. Meek
State Bar No. 24084554
Email: nmeek@irelanlaw.com
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: (713) 222-7666
Fax: (713) 222-7669

**ATTORNEYS FOR DUSTIN ETTER**

**CERTIFICATE OF SERVICE**

This is to certify that on February 3, 2026, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

/s/ Noah Meek
Noah Meek