IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § | | |
| **ALLIANCE FARM & RANCH, LLC** § and **ALLIANCE ENERGY** § **PARTNERS, LLC.** § § | | **Bankruptcy No. 25-30155** **Chapter 11** **(Jointly Administered)** |
| *Debtors.* § § | | |
| **HOLDINGS, LLC, AND DUSTIN** § **ETTER, ALLIANCE ENERGY** § **PARNERS, LLC, AE PARTNERS** § **HOLDINGS, INC., AE PARTNERS** § **HOLDINGS, L C AEP ASSET** § **INVICTIS DRILLING MOTORS,** § **LLC,** § § | | |
| *Plaintiffs and Counter-Defendants* § § § | | |
| V. § § | | **Adversary No. 25-03382** **(Jury Trial Demanded)** |
| **JEROD P. FURR, CORINA FURR** § **ALLIANCE FARM & RANCH, LLC,** § **AE PARTNERS HOLDINGS, LLC, AE** § **PARTNERS HOLDINGS, INC.,** § **ALLIANCE ENERGY PARTNERS,** § **LLC, AEP ASSET HOLDINGS, LLC,** § **and INVICTIS DRILLING MOTORS,** § **LLC,** § § | | |
| *Defendants, Counter-Plaintiffs* § § | | |

# EXHIBIT AND WITNESS LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | 2025-10-02 -187- Disclosure Stmt | | | |
| 2 | 2026-02-02 E-mail Exchange with S Rech | | | |
| 3 | 2025-12-26 Letter from S Rech | | | |
| 4 | 2026-01-13  Ltr from S Rech | | | |
| 5 | 2026-01-05 Email Exchange with Heather M | | | |
| 6 | 2026-01-06 Email Exchange with Heather M. | | | |
| 7 | 2026-02-03 Ltr from S Rech | | | |
| 8 | 2026-03-04 Rule 11 Letter | | | |
| 9 | 2025-07-21 -023- Stipulation and Injunction | | | |
| | | | | |
| | Exhibits designated by other parties | | | |

Respectfully submitted this 4th day of February 2026.

**PENDERGRAFT & SIMON, L.L.P.**

/s/ *Leonard H. Simon*
Leonard H. Simon
Texas Bar No. 18387400
S.D. Tex. Adm. No. 8200
William P. Haddock
Texas Bar No. 00793875
S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Jerod Furr*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on February 4, 2026.

                                      */s/ Leonard H. Simon*
                                      Leonard H. Simon