| | |
|---|---|
| **From:** | Rech, Steven R. |
| **To:** | Leonard Simon |
| **Cc:** | Furr Jerod |
| **Subject:** | RE: Isodrill, Inc. |
| **Date:** | Monday, February 2, 2026 3:08:01 PM |
| **Attachments:** | image005.png |
| | image006.png |

Len:

1. Not sure.  Will find out.
2. No.  The company did not need his approval.  The requisite number of shares was in favor of it without his input.  I'm told (and believe) he was not asked to nor did he vote on that.



**Steven R. Rech**
Partner
**o:** 713.588.7017
srech@vorys.com
**vorys.com**

---

**From:** Leonard Simon <LSimon@pendergraftsimon.com>
**Sent:** Monday, February 02, 2026 3:06 PM
**To:** Rech, Steven R. <srech@vorys.com>
**Cc:** Furr Jerod <jpfurr@me.com>
**Subject:** [EXTERNAL] RE: Isodrill, Inc.

**CAUTION EXTERNAL:** Confirm you trust **lsimon@pendergraftsimon.com**.

**Steven: these two emergency motions were just filed.**

**I wonder if you would answer the following questions.**

1. **When was Jared's 10% interest purchased?**
2. **In order to extend the the January 2026 deadline for Isodrill to exercise its right of first refusal, did the company even need Jared's approval, or did the majority have the right to extend notwithstanding Jared's non-approval.**

Very truly yours,

Leonard H. Simon



Leonard H. Simon
Partner
Pendergraft & Simon, L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Main Phone:(713) 528-8555
Direct Line (713) 737-8207
Cell Phone:  (713) 253-2810
Direct Fax:  (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
Web site: www.pendergraftsimon.com




THIS EMAIL TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 713-528-8555 TO ARRANGE FOR RETURN OF THE DOCUMENT.

**From:** Sanchez, Michelle M. <mmsanchez@vorys.com> **On Behalf Of** Rech, Steven R.
**Sent:** Tuesday, January 13, 2026 11:55 AM
**To:** Tom Howley <tom@howley-law.com>; Eric Terry <eric@howley-law.com>; Deborah Crain <dcrain@e-merger.law>; William Hotze <whotze@dykema.com>; Shannon Frizzell <sfrizzell@e-merger.law>; Noah Meek <nmeek@irelanlaw.com>
**Cc:** Sanchez, Michelle M. <mmsanchez@vorys.com>; Rech, Steven R. <srech@vorys.com>; Miles, Nannette S. <nsmiles@vorys.com>; Leonard Simon <LSimon@pendergraftsimon.com>; Heather McIntyre <HMcIntyre@hwa.com>
**Subject:** RE: Isodrill, Inc.

Good morning,

On behalf of Steve Rech, please find the attached follow up letter.

Thank you,

Michelle



### Michelle M. Sanchez

Legal Assistant
**909 Fannin Street, Suite 2700**
**Houston, Texas  77010**
**o:** 713.568.2872
mmsanchez@vorys.com
**vorys.com**

---

**From:** Tom Howley <tom@howley-law.com>
**Sent:** Tuesday, December 23, 2025 4:45 PM
**To:** Eric Terry <eric@howley-law.com>; Deborah Crain <dcrain@e-merger.law>; Leonard Simon <lsimon@pendergraftsimon.com>; Heather McIntyre <HMcIntyre@hwa.com>
**Cc:** William Hotze <whotze@dykema.com>; Shannon Frizzell <sfrizzell@e-merger.law>; Noah Meek <nmeek@irelanlaw.com>; Rech, Steven R. <srech@vorys.com>
**Subject:** [EXTERNAL] FW: Isodrill, Inc.

**CAUTION EXTERNAL:** Confirm you trust **tom@howley-law.com**.

Hi: I am resending this email to add a few folks and to fix a typo in my colleague, Eric's, email. We should use this updated chain if folks send additional communications on this topic.  Thanks!


Tom Howley
HOWLEY LAW PLLC
700 Louisiana Street Suite 4220
Houston, Texas 77002
Phone: 713-333-9120
Email:  tom@howley-law.com



**From:** Miles, Nannette S. <nsmiles@vorys.com>
**Sent:** Tuesday, December 23, 2025 3:37 PM
**To:** sfrizzell@e-merger.law
**Cc:** whotze@dykema.com; Tom Howley <tom@howley-law.com>; Eric@hawley-law.com; nmeek@irelanlaw.com; Rech, Steven R. <srech@vorys.com>
**Subject:** Isodrill, Inc.

Ms. Crain,

Below is a link to Mr. Rech's letter and the referenced documents regarding Isodrill-related documents and information referred to in paragraph 10(b) of the Settlement Agreement.

https://vorys.sharefile.com/d-sc0e6accb247f417ea6c41d409d7f617c

Sent on behalf of Steve Rech.

Regards,



**Nannette S. Miles**
Litigation Paralegal
**o:** 713.588.7045
NSMiles@vorys.com
**vorys.com**

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please

advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.