

909 Fannin Street, Suite 2700
Houston, Texas 77010

713.588.7000 | vorys.com

Founded 1909

**Steven R. Rech**
Direct Dial   (713) 588-7017
Direct Fax   (713) 588-7017
Email srech@vorys.com

December 26, 2025

**Via Email**

Deborah L. Crain
Law Office of Deborah L. Crain, P.C.
10707 Corporate Drive, Suite 126
Stafford, Texas  77477
dcrain@e-merger.law
sfrizzell@e-merger.law

> Re:   The Mediated Settlement Agreement (the "Settlement") between Jerod Furr, Dustin Etter, the Chapter 11 Trustee, and the committee of unsecured creditors in Cause No. 25-30155, *In Re Alliance Farm and Ranch, LLC, et al.*, dated December 11, 2025.

Dear Deborah:

I previously provided you with the Isodrill, Inc. (the "Company" or "Isodrill") documents referred to in paragraph 10(b) of the Settlement. The purpose of this letter is to respond to the issue of whether the Company consents to the transfers of its shares contemplated by the Settlement. Messrs. Etter and Furr are and have been engaged in a long and heated series of disputes. The Company prefers not to be the next venue for their fight.

The settlement proposes a transfer of the Shares[1] from AEHP to the bankruptcy estate in the above-referenced case (the "Estate") with a subsequent transfer of shares from the Estate to Etter and Furr individually for a total purchase price of $100,000.00. As contemplated by the Settlement and (among other reasons) because the bankruptcy estate is not an affiliate as that term is used in the Company's stockholders' agreement ("SHA"), the proposed voluntary transfer of the Shares by AEPH to the estate, and the subsequent sale to Etter and Furr by the estate, are subject the terms and restrictions of the SHA which require either BOD approval (in its sole discretion) or

---

[1] "Shares" refers to the 1,250,000 shares of Series A-1 Preferred Stock of Isodrill and 50,000 shares of Series A-2 Preferred Stock of Isodrill, all with par value $0.01 per share, owned by AE Partners Holdings, Inc. ("AEPH").

VORYS

Deborah L. Crain
December 26, 2025
Page 2

subject to the rights of first refusal in favor of the Company and/or its largest shareholder ("WMCP").

    At a meeting held December 23, 2025, the Board, among other things, determined that it was not in the best interest of the Company to consent to the transfer from AEHP as contemplated by the settlement *unless* the rights of first refusal in favor of the Company and/or WMCP are honored (i.e., the Company and/or WMCP are afforded the opportunity to purchase the Shares from AEHP and/or the Estate for the $100,000.00 purchase price as set forth in the Settlement). Attached is a draft Stock Transfer Sale and Assignment Agreement that would effectuate this outcome.

    Please let me know if you have any questions.

                        Very truly yours,

                        Steven R. Rech

SRR/lmh

**VORYS**

Deborah L. Crain
December 26, 2025
Page 3

cc: William James Hotze
Dykema Gossett, PLLC
5 Houston Center
1401 McKinney St.
Suite 1625
Houston, TX 77010
whotze@dykema.com

Thomas A. Howley
Eric Terry
Howley Law, PLLC
700 Louisiana St.
Suite 4220
Houston, TX 77002
tom@howley-law.com
Eric@hawley-law.com

Noah E. Meek
Irelan Stephens, PLLC
2520 Caroline St.
2nd Floor
Houston, TX 77004
nmeek@irelanlaw.com