

**909 Fannin Street, Suite 2700**
**Houston, Texas 77010**

**713.588.7000 | vorys.com**

**Founded 1909**

**Steven R. Rech**
**Direct Dial   (713) 588-7017**
**Direct Fax    (713) 588-7017**
**Email srech@vorys.com**

January 13, 2026

<u>**VIA E-MAIL**</u>

Deborah L. Crain
Law Office of Deborah L. Crain, P.C.
10707 Corporate Drive, Suite 126
Stafford, Texas  77477
dcrain@e-merger.law
sfrizzell@e-merger.law

William James Hotze
Dykema Gossett, PLLC
5 Houston Center
1401 McKinney St.
Suite 1625
Houston, TX 77010
whotze@dykema.com

Thomas A. Howley
Eric Terry
Howley Law, PLLC
700 Louisiana St.
Suite 4220
Houston, TX 77002
tom@howley-law.com
eric@howley-law.com

Noah E. Meek
Irelan Stephens, PLLC
2520 Caroline St.
2nd Floor
Houston, TX 77004
nmeek@irelanlaw.com



January 13, 2026
Page 2

> Re:  Mediated Settlement Agreement (the "Settlement") between Jerod Furr, Dustin Etter, the Chapter 11 Trustee, and the committee of unsecured creditors in Cause No. 25-30155, In Re  Alliance Farm and Ranch, LLC, et al., dated December 11, 2025.

Dear Counsel:

As you know, I represent Isodrill, Inc. ("Isodrill" or the "Company"). I'm following up on my prior correspondence relating to this matter.

AE Partners Holdings, Inc. ("AEPH") is the owner of 1,300,000 shares (the "Shares") of Preferred Stock of Isodrill, Inc. ("Isodrill" or the "Company"). Isodrill is not a party to the bankruptcy, but it understands that the ownership of the Shares by AEPH (which itself is owned by Mr. Furr 51% and Mr. Etter 49%) has apparently become a contentious and continuing matter of dispute. The Company has asked me to provide the parties with a clear statement of the Company's position as these discussions regarding resolution progress.

The Settlement proposed, among other things, a transfer of the Shares to the Estate by AEPH and subsequent repurchase of them by Messrs. Etter and Furr (in a disproportionate amount than currently held by them in AEPH) for $100,000 (the "Purchase Price"), and acknowledged the Company's consent was required. The Settlement further requested Mr. Furr provide documentation relating to Isodrill and the Shares. The Company provided a detailed set of the relevant documents by my letter dated December 23, 2025 so the parties would have a complete set outlining the history of the Shares and the related stockholders' agreement ("SHA") governing them and any proposed transfers. By letter dated December 28, 2025, I provided the Company's answer to the request for its consent (namely, no consent unless the Company or its lead investor was afforded the right to purchase the Shares from the Estate for the Purchase Price in accordance with the SHA). A form of transfer was also provided.

If implemented, the Company's response would satisfy the Estate's desire to collect $100k in proceeds for the Shares from AEPH and would satisfy the Company's goal with respect to its ultimate ownership makeup as is its clear right under the SHA. Our understanding is that this response after being presented was acceptable to Mr. Furr but not to Mr. Etter and therefore the matter remains open. Hence the reason for this letter.

The Company is privately-held with a limited shareholder base. Confidentiality is paramount to the Company, and it is reticent about sharing its private financial or status information outside its small group of owners, even with promises of confidentiality. However, in

**VORYS**

January 13, 2026
Page 3

an effort to shed some light on its status and the potential value (or lack of value) of the Shares, please note the following:

- For 10+ years the Company has been working on developing technologies for the oil and gas downhole drilling market. The technologies are difficult and challenging. The Company has persisted to date with a small team and limited capital.

- The Company has never had a profitable year of operations and has incurred more than $10 million in losses over its life. It has had no revenues since late 2020 when its subsidiary Summa Drilling, LLC ceased operations (Summa Drilling was then managed by Mr. Furr and employed Mr. Etter, before they left Summa Drilling and started Alliance Energy Partners, LLC ("AEP")).

- The Company continues to be in development stage. No products have been completed or are commercially marketable at this time. Assuming it is able raise additional capital to continue development operations, and its management team and majority owners remain committed, it is unlikely that any product would be commercially available prior to 2027.  Achieving commercial marketability will require raising capital in the $5-10 million amount, and the terms of such financing(s) – if obtainable - cannot be predicted but will inevitably cause significant further dilution.

- The Company has no significant tangible assets. It has significant existing debt financing in place that is senior to all equity. The Company's potential value is dependent on its management team remaining committed, securing significant additional capital, and completing its long-delayed development plan over the next twelve months in a highly difficult market.

- The Company has to date enjoyed the patient support of a small group of shareholders to fund its work. The composition of its stockholders and their contributions to the effort is critical. The events of the last 18 months (litigation between Etter and Furr, bankruptcy) have prevented the Company from receiving the level of support expected, and have actually damaged the Company's capital raising efforts in a demonstrable way (e.g., investors that had planned to invest in a December 2024 financing specifically backed-out at the last minute when they learned of the Etter/Furr litigation and Isodrill lost the potential investors and a meaningful investment).

- Based on discussion over the last six months, there is no market to sell the whole of the Company until further testing and development is completed, so there should be no expectation of a near-term exit or sale.  A minority shareholding with limited rights has an even more limited market.



January 13, 2026
Page 4

The SHA agreement is clear – any transfers by AEHP of the Shares, whether to the Estate as proposed, or to Etter and Furr individually, or otherwise, is prohibited before January 2029 unless the Company's Board of Directors approves (in its sole discretion), and then still subject to the rights of first refusal in favor of the Company and its lead investor.  The Board has indicated it would consent to a transfer by AEPH to the Estate provided the Company is allowed to repurchase the Shares for the $100k purchase price set forth in the Settlement.  It is unlikely that any proposed alternative structure that results in Furr and Etter individually holding the Shares would be acceptable.

Isodrill does not wish to be involved in the ongoing dispute between Etter and Furr, and Isodrill is hopeful that a settlement can be reached and Furr, Etter and the Estate can go their separate ways.  But the Company fully intends to protect itself and its shareholder base to the fullest extent possible in accordance with its SHA by all appropriate means.

As a reminder, the Company is indemnified under the December 2024 agreement by AEHP for any costs or losses incurred by the Company as a result of the litigation between Etter and Furr. The Company has yet to submit a claim to AEHP for any such amounts, but the legal fees incurred by our firm to date and going forward, plus any future legal fees of Delaware counsel if required to enforce the terms of the SHA (since the Company is a Delaware corporation and its SHA is governed by Delaware law and its courts' jurisdiction), should be considered by Furr and Etter as owners of AEPH.

We hope the above is helpful in your ongoing discussions.  We remain available to discuss and appreciate being kept abreast of any discussions involving Isodrill or the Shares.

Sincerely,

Steven R. Rech

SRR/mms