| | |
|---|---|
| **From:** | Tom Howley |
| **To:** | Eric Terry; Deborah Crain; Leonard Simon; Heather McIntyre |
| **Cc:** | William Hotze; Shannon Frizzell; Noah Meek; srech@vorys.com |
| **Subject:** | FW: Isodrill, Inc. |
| **Date:** | Tuesday, December 23, 2025 4:45:04 PM |
| **Attachments:** | image002.png |

Hi: I am resending this email to add a few folks and to fix a typo in my colleague, Eric's, email. We should use this updated chain if folks send additional communications on this topic.  Thanks!


Tom Howley

HOWLEY LAW PLLC

700 Louisiana Street Suite 4220

Houston, Texas 77002

Phone: 713-333-9120

Email:  tom@howley-law.com



A close-up of a black background

**From:** Miles, Nannette S. <nsmiles@vorys.com>
**Sent:** Tuesday, December 23, 2025 3:37 PM
**To:** sfrizzell@e-merger.law
**Cc:** whotze@dykema.com; Tom Howley <tom@howley-law.com>; Eric@hawley-law.com; nmeek@irelanlaw.com; Rech, Steven R. <srech@vorys.com>
**Subject:** Isodrill, Inc.

Ms. Crain,

Below is a link to Mr. Rech's letter and the referenced documents regarding Isodrill-related documents and information referred to in paragraph 10(b) of the Settlement Agreement.

https://vorys.sharefile.com/d-sc0e6accb247f417ea6c41d409d7f617c

Sent on behalf of Steve Rech.

Regards,



**Nannette S. Miles**
Litigation Paralegal
**o:** 713.588.7045
NSMiles@vorys.com
**vorys.com**

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.