IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:**<br><br>**ALLIANCE FARM & RANCH, LLC and ALLIANCE ENERGY PARTNERS, LLC.**<br><br>*Debtors.* | § § § § § § § § | **Bankruptcy No. 25-30155**<br>**Chapter 11**<br>**(Jointly Administered)** |
| **HOLDINGS, LLC, AND DUSTIN ETTER, ALLIANCE ENERGY PARNERS, LLC, AE PARTNERS HOLDINGS, INC., AE PARTNERS HOLDINGS, L C AEP ASSET INVICTIS DRILLING MOTORS, LLC,**<br><br>*Plaintiffs and Counter-Defendants*<br><br>**V.**<br><br>**JEROD P. FURR, CORINA FURR ALLIANCE FARM & RANCH, LLC, AE PARTNERS HOLDINGS, LLC, AE PARTNERS HOLDINGS, INC., ALLIANCE ENERGY PARTNERS, LLC, AEP ASSET HOLDINGS, LLC, and INVICTIS DRILLING MOTORS, LLC,**<br><br>*Defendants, Counter-Plaintiffs* | § § § § § § § § § § § § § § § § § § § § § § § § § § | **Adversary No. 25-03382**<br>**(Jury Trial Demanded)** |
| **Witnesses:**<br><br>Dustin Etter<br>Casey Etter<br>Noah Meek<br>Jerod Furr<br>Deborah Crain<br>Tom Howley | § § § § § § § § | Date of Hearing: February 5, 2026<br>Time of Hearing: 2:00 P.M.<br>Judge: Hon. Alfredo Perez<br>Hearing: Hearing on Temporary Injunction and Lifting of Abatement<br><br>Docket Nos. 61 & 62 |

| **Eric Tiery**<br>**William Hotze**<br><br>**All Witnesses Identified in any other Witness List** | §<br>§<br>§<br>§ | |
|---|---|---|
| | | |

## SECOND AMENDED EXHIBIT AND WITNESS LIST

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | 2025-10-02 -187- Disclosure Stmt | | | |
| 2 | 2026-02-02 E-mail Exchange with S Rech | | | |
| 3 | 2025-12-26 Letter from S Rech | | | |
| 4 | 2026-01-13 Ltr from S Rech | | | |
| 5 | 2026-01-05 Email Exchange with Heather M | | | |
| 6 | 2026-01-06 Email Exchange with Heather M. | | | |
| 7 | 2026-02-03 Ltr from S Rech | | | |
| 8 | 2026-03-04 Rule 11 Letter | | | |
| 9 | 2025-07-21 -023- Stipulation and Injunction | | | |
| 10 | 2025-09-25 Email from LHS to Eric Tiery | | | |
| 11 | 2025-12-24 Email EFrom LHS to All Parties | | | |
| 12 | 2026-02-05 Email from LHS to Noah Meeks attaching Proposed Temporary Injunction | | | |
| | Exhibits designated by other parties | | | |

Respectfully submitted this 6th day of February 2026.

**PENDERGRAFT & SIMON, L.L.P.**

/s/ *Leonard H. Simon*
Leonard H. Simon
Texas Bar No. 18387400
S.D. Tex. Adm. No. 8200
William P. Haddock
Texas Bar No. 00793875
S.D. Tex. Adm. No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267

*Counsel for Jerod Furr*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on February 6, 2026.

/s/ *Leonard H. Simon*
Leonard H. Simon