| | |
|---|---|
| **From:** | Leonard Simon |
| **To:** | "Eric Terry" |
| **Cc:** | Jerod Furr; Deborah Crain |
| **Subject:** | RE: AEP & AFR |
| **Date:** | Monday, September 29, 2025 11:52:00 AM |
| **Attachments:** | image004.png |

## My position is:

1. **Selling part or all of the equipment in a private sale is a far better option than an auction. I have no confidence in auctions and the prices they bring.**
2. **Jerod will attempt to obtain a private sale offer this week, subject to the trustee's approval, and we understand that there is an injunction.**
3. **While it may be true that the funds were up streamed from Alliance Energy Partners, LLC ("AEP") to AE Partners Holdings, Inc. ("Holdings") and then down streamed to AEP Asset Holdings, LLC ("Equipment") in order to purchase the equipment, that does not mean *ipso facto,* the funds transferred are constructively fraudulently transferred or intentionally fraudulently transferred to Holdings and then to Equipment. You have to prove your case.**
4. **If Jerod cannot find a private buyer this week, we will turn over all of the equipment to the Trustee for a joint sale by Equipment and the Trustee, with the proceeds to be held by the Trustee as a stake holder for the interests of AEP and Equipment.**
5. **I hope our position is clear to you, but if there is any further questions, please let me know.**
6. **I will want to recover my attorney fees and costs as well as Deborah's attorney fees and costs involved in the sale of the equipment.**

Very truly yours,

Leonard H. Simon



**PENDERGRAFT SIMON LLP**
Leonard H. Simon
Partner
Pendergraft & Simon, L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Main Phone:(713) 528-8555
Direct Line (713) 737-8207
Cell Phone: (713) 253-2810
Direct Fax: (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
Web site: www.pendergraftsimon.com




THIS EMAIL TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 713-528-8555 TO ARRANGE FOR RETURN OF THE DOCUMENT.

**From:** Eric Terry <eric@howley-law.com>
**Sent:** Wednesday, September 24, 2025 10:15 AM
**To:** Leonard Simon <LSimon@pendergraftsimon.com>
**Cc:** Jerod Furr <jpfurr@me.com>; Hotze, William <whotze@dykema.com>; Tom Howley <tom@howley-law.com>; Eric Terry <eric@howley-law.com>
**Subject:** RE: AEP & AFR

Settlement discussions

Leonard

Based on what you have sent (which is below and attached), we can't properly analyze what you are asking about. Please send us by email the terms of your proposal including (i) which assets you propose that the trustee sell and when the trustee can gain access to do so; and (ii) which assets you propose that are sold by your client to Viper, the economics of that proposed sale,

and the justification for a private sale to Viper (including why this is the highest and best price).

I am prepared to discuss further. As you recall, my understanding was that your client admitted that the equipment (all of it) being held by the nondebtors was purchased from AEP money and would be sold by the trustee and the parties would reserve their rights with respect to the proceeds. That position changed and we need to understand what you are proposing. As you know, all of the equipment is subject to an agreed injunction.

**From:** Jerod Furr <jpfurr@me.com>
**Sent:** Monday, September 8, 2025 7:09 PM
**To:** Leonard Simon <LSimon@pendergraftsimon.com>
**Subject:** Re:

Leonard,

Attached is a complete list of what we had as of end of December. If you click on the Rotors_Stators tab that will show the power section items we can sell at auction. They have the highest value and can be used universally with any motor manufacturer.

The remaining parts on sheet 1 make up the transmission and bearing assembly that Viper is interested in buying

**From:** Leonard Simon <LSimon@pendergraftsimon.com>
**Sent:** Friday, September 19, 2025 3:59 PM
**To:** Eric Terry <eric@howley-law.com>
**Cc:** Jerod Furr <jpfurr@me.com>
**Subject:** AEP & AFR

## Where are we on the proposed agreement to auction/sell the drilling assets owned by the Equipment Company?

Very truly yours,

Leonard H. Simon



PENDERGRAFT SIMON LLP
Leonard H. Simon

Partner
Pendergraft & Simon, L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Main Phone:(713) 528-8555
Direct Line (713) 737-8207
Cell Phone:  (713) 253-2810
Direct Fax:   (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
Web site: www.pendergraftsimon.com




THIS EMAIL TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 713-528-8555 TO ARRANGE FOR RETURN OF THE DOCUMENT.