| | |
|---|---|
| **From:** | Leonard Simon |
| **To:** | "William Hotze"; "Shannon Frizzell"; "Noah Meek"; "Eric Terry"; "Deborah Crain"; "Heather McIntyre" |
| **Subject:** | Mediated Settlement |
| **Date:** | Wednesday, December 24, 2025 2:06:00 PM |
| **Attachments:** | image004.png |

**Paragraph 10 b, Furr has certain obligations, as follows:**

> **Furr will use his best efforts to obtain Isodrill's consent to the transfers contemplated by this paragraph. If Isodrill fails to consent, the parties will return to Mediation and, if the renewed mediation is unsuccessful, this Agreement will terminate without penalty to any person. Furr will provide Etter with a complete copy of all documents pertaining to the shares, including Isodrill's bylaws and shareholder agreements not later than December 24, 2025. The transfer is subject to Isodrill's bylaws and shareholder agreements; provided, the transaction is subject to Etter's review and approval of the documents, the bylaws and the shareholder agreements and the form of consent, which review and consent shall be given or denied not later than January 12, 2026.**

Mr. Furr does not have the "documents pertaining to the shares, including Isodrill's bylaws and shareholder agreements". Mr. Furr has contacted Isodril and understands that Isodrill's counsel has contacted Tom Howley and has sent the document s directly to Mr. Howley.

Very truly yours,

Leonard H. Simon



PENDERGRAFT SIMON LLP

Leonard H. Simon
Partner
Pendergraft & Simon, L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Main Phone: (713) 528-8555
Direct Line (713) 737-8207
Cell Phone: (713) 253-2810
Direct Fax: (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
Web site: www.pendergraftsimon.com





THIS EMAIL TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 713-528-8555 TO ARRANGE FOR RETURN OF THE DOCUMENT.