**Leonard Simon**

---

**From:** Leonard Simon
**Sent:** Thursday, February 5, 2026 8:01 PM
**To:** Noah Meek
**Cc:** Deborah Crain; Hotze, William; Eric Terry; Tom Howley
**Subject:** Preliminary Injunction (02-05-2026)
**Attachments:** Preliminary Injunction (02-05-2026).docx

## I would agree to the attached. Etter is not the owner of the causes of action or the assets until the compromise approved. Therefore the injunction should be co-extensive. The attached gives you all the protection you asked for. I want the same protection. I intend to vigorously oppose the partial MSA approval and plan confirmation. This preserves the status quo.

Very truly yours,

Leonard H. Simon



PENDERGRAFT SIMON LLP
Leonard H. Simon
Partner
Pendergraft & Simon, L.L.P.
2777 Allen Parkway, Suite 800
Houston, TX 77019

Main Phone:(713) 528-8555
Direct Line (713) 737-8207
Cell Phone: (713) 253-2810
Direct Fax: (832) 202-2810
E-mail: lsimon@pendergraftsimon.com
Web site: www.pendergraftsimon.com





1

THIS EMAIL TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT 713-528-8555 TO ARRANGE FOR RETURN OF THE DOCUMENT.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DUSTIN ETTER | § |
| | § |
| v. | §   Adversary Case No. 25-03382 |
| | § |
| JEROD P. FURR, et al. | § |

## AGREED PRELIMINARY INJUNCTION

Tthe Court ORDERS as follows:

Jerod Furr—and all persons acting in privity or in concert with him as well as his officers, agents, servants, employees, and attorneys—is in all things PROHIBITED and ENJOINED from spending, transferring, encumbering, or otherwise disposing of, or entering into or approving any restriction on the transfer or sale of, leasing, expending, or otherwise impairing any funds, drilling motors, patents, investment interests, vehicles (including but not limited to automobiles), or other property of or received from or substantially funded by AEP, AFR, AEPH, Invictus, or any subsidiary of any of those entities at any time on or after October 1, 2023 without the written consent of the Trustee or the Court.

Dustin Etter—and all persons acting in privity or in concert with him as well as his officers, agents, servants, employees, and attorneys—is in all things PROHIBITED and ENJOINED from spending, transferring, encumbering, or otherwise disposing of, or entering into or approving any restriction on the transfer or sale of, leasing, expending, or otherwise impairing any funds, drilling motors, patents, investment interests, vehicles (including but not limited to automobiles), or other property of or received from or substantially funded by AEP, AFR, AEPH, Invictus, or any subsidiary of any of those entities at any time on or after October 1, 2023 without the written consent of the Trustee or the Court.

1. Pursuant to FED. R. BANKR. P. 7065, no bond is required.

2. This Order shall be in effect until a final judgment is entered in this Case.

3. This order is not in waiver or limitation of the prior agreed injunction entered in this matter.

SIGNED at _____ on FEBRUARY _____, 2026.

_____
JUDGE PRESIDING