IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Bankruptcy No. 25-30155** |
| **ALLIANCE FARM & RANCH, LLC** | § | **Chapter 11** |
| **and ALLIANCE ENERGY** | § | **(Jointly Administered)** |
| **PARTNERS, LLC.** | § | |
| | § | |
| *Debtors.* | § | |
| | § | |
| **HOLDINGS, LLC, AND DUSTIN** | § | |
| **ETTER, ALLIANCE ENERGY** | § | |
| **PARNERS, LLC, AE PARTNERS** | § | |
| **HOLDINGS, INC., AE PARTNERS** | § | |
| **HOLDINGS, L C AEP ASSET** | § | |
| **INVICTIS DRILLING MOTORS,** | § | |
| **LLC,** | § | |
| | § | |
| *Plaintiffs and Counter-Defendants* | § | |
| | § | |
| V. | § | **Adversary No. 25-03382** |
| | § | **(Jury Trial Demanded)** |
| **JEROD P. FURR, CORINA FURR** | § | |
| **ALLIANCE FARM & RANCH, LLC,** | § | |
| **AE PARTNERS HOLDINGS, LLC, AE** | § | |
| **PARTNERS HOLDINGS, INC.,** | § | |
| **ALLIANCE ENERGY PARTNERS,** | § | |
| **LLC, AEP ASSET HOLDINGS, LLC,** | § | |
| **and INVICTIS DRILLING MOTORS,** | § | |
| **LLC,** | § | |
| | § | |
| *Defendants, Counter-Plaintiffs* | § | |

**ORDER GRANTING EXPEDITED MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANTS AND COUINTER-PLAINTIFFS**

Pendergraft & Simon, LLP ("P&S") has filed an  Expedited Motion to Withdraw as

Counsel for Defendants and Counter-Plaintiffs in the captioned adversary and Main Case

1

2

("Motion"). This Court has considered the Motion, arguments and evidence and finds and concludes that the relief requested should be granted.  Therefore, it is

ORDERED that P&S is permitted to withdraw as counsel for the Defendants and Counter-Plaintiffs in the captioned adversary proceeding and main case.

Signed this __ day of May 2026.

_____
**ALFREDO R. PEREZ,**
**UNITED STATES BANKRUPTCY JUDGE**

2