**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| **v.** | § | **Adversary Case No. 25-03382** |
| | § | |
| **JEROD P. FURR, et al.** | § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO LIFT ABATEMENT

Plaintiff's Motion to Lift Abatement is in all things GRANTED. In furtherance of the same:

1.      Each party may amend its pleadings to add, remove, or otherwise modify the party's affirmative claims within twenty-one (21) days of the date of this Order.

2.      Answers or other responsive filings to any pleadings filed pursuant to Paragraph 1 above are due by the deadlines set forth in the Federal Rules of Bankruptcy Procedure.

3.      Each party shall serve, or as appropriate amend, the party's initial disclosures within thirty (30) days of the date of this Order.

4.      The parties are ordered to cooperate to schedule and conduct a Rule 26(f) conference.

5.      A pretrial conference under FED. R. CIV. P. 16 is set for _____ AM / PM on _____, 2026.


SIGNED on _____, 2026.


_____
JUDGE PRESIDING


**1** of **1**