United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-30155** |
| **ALLIANCE FARM AND RANCH, LLC,** *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **DUSTIN ETTER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 25-3382** |
| | § | |
| **JEROD P FURR,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (RELATES TO ECF NO. 353 IN MAIN CASE AND ECF NO. 67 IN ADVERSARY PROCEEDING)**

The Court has reviewed the motion to withdraw as counsel filed by Pendergraft & Simo, LLP (hereinafter "P&S") (ECF No. 353 in Case No. 25-30155 and ECF No. 67 in Adv. Pro. No. 25-33820). The Court has also reviewed the Response filed by Dustin Etter (ECF No. 354). While the Court is sympathetic to Mr. Etter's practical concerns regarding continued representation of P&S's clients. The Court does not believe that the burden should be on P&S to ensure that their clients have continued representation particular because the conflicts that exist in the attorney-client relationship. For these reasons, it is hereby

ORDERED that P&S's motion to withdraw in the references matters is GRANTED and P&S is authorized to WITHDRAW. It is further

ORDERED that P&S will serve a copy of this order on Jerrod Furr and file a certificate of service.

SIGNED 05/26/2026

_____
Alfredo R Pérez
United States Bankruptcy Judge