**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| **v.** | § | **Adversary Case No. 25-03382** |
| | § | |
| **JEROD P. FURR, et al.** | § | |

**PLAINTIFF'S MOTION TO DISQUALIFY**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Plaintiff Dustin Etter and Alliance Energy Partners, LLC ("AEP") and Alliance Farm & Ranch, LLC ("AFR") file this Motion to Disqualify seeking to disqualify Randal Bays and Alyssa Cuellar of the Bays Firm and Deborah Crain of E-Merger Law, PLLC from representing any party to this matter based on their prior representations of AEP and AFR in this matter pursuant to TEX. DISCIPLINARY RULES PROF'L CONDUCT R. 1.09 ("Conflict of Interest: Former Client") and 1.05 ("Confidentiality of Information").

1.      This bankruptcy ultimately arises out of the collapse of the business of Debtor AEP and its affiliates including its now-former parent company AEPH and other entities wholly owned by AEPH, as well as the collapse of Debtor AFR. Prepetition,

**1** of 3

Defendant Mr. Furr controlled AEP and AFR. However, pursuant to the court-approved plan in the main bankruptcy case (Doc. 338 in Case No. 25-30155), Plaintiff Dustin Etter now owns and controls AEP and AFR and is their successor-in-interest in most if not all respects including with respect to their attorney-client privileges. *See, e.g., John Crane Prod. Sols., Inc. v. R2R & D, LLC*, Civil Action No. 3:11-CV-3237-D, 2012 U.S. Dist. LEXIS 114293, at *18-21 n.9 (N.D. Tex. 2012) (discussing how the attorney-client privilege passes to the reorganized debtor or a person or entity acquiring the debtor's assets).

2.    The counsel for whom disqualification is sought represented various parties in this action before the bankruptcy was filed including AEP, AFR, and Defendant Mr. Furr. However, they no longer represent AEP and AFR; and AEP and AFR and their successor-in-interest Plaintiff Mr. Etter are now adverse to Defendant Mr. Furr. Said counsel also have privileged and confidential information of AEP and AFR related to this case which as a practical matter it would be impossible for them to not use in the course and scope of continuing to represent Defendant Mr. Furr or any other party in this case. It is well-established that "if the lawyer works on a matter, there is an irrebuttable presumption that the lawyer obtained confidential information during representation." *Alpine Non-Op LLC v. HB2 Origination, LLC (In re Alpine Summit Energy Partners, Inc.)*, Nos. 23-90739, 23-3244, 2025 Bankr. LEXIS 1808, at *9 (Bankr. S.D. Tex. 2025); *see Harbin Enters. Gen. P'ship v. Ingram Micro Inc.*, No. 05-2942 Ma/V, 2007 U.S. Dist. LEXIS 105259, at *18 (W.D. Tenn. 2007) (discussing how Rule 1.09 applies in the context of successors-in-interest); *see also Commodity Futures Trading Com v. Weintraub*, 471 U.S. 343, 346, 105 S. Ct. 1986, 1990 (1985).

## **PRAYER**

Plaintiff Dustin Etter and AEP and AFR request and pray that the challenged

counsel be disqualified from representing any party in this case and for such other and

further relief to which Plaintiff and AEP and AFR may be justly entitled.

Respectfully submitted,

IRELAN STEPHENS, PLLC

By:___/s/ Noah Meek_____
     Noah E. W. Meek
     State Bar No. 24084554
     Email: nmeek@irelanlaw.com
     2520 Caroline St., 2nd Floor
     Houston, Texas 77004
     Phone:  (713) 222-7666
     Fax:     (713) 222-7669

**ATTORNEYS FOR PLAINTIFF**
**DUSTIN ETTER and**
**ALLIANCE  ENERGY  PARTNERS,  LLC  and**
**ALLIANCE FARM & RANCH, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2026, a true and correct copy of this instrument was served upon all parties **VIA the Court's CM/ECF System** in compliance with the Federal Rules of Bankruptcy Procedure.

     /s/ Noah Meek_____
     Noah Meek