**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DUSTIN ETTER** | § | |
| | § | |
| **v.** | § | **Adversary Case No. 25-03382** |
| | § | |
| **JEROD P. FURR, et al.** | § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO DISQUALIFY

Plaintiff's Motion to Disqualify is in all things GRANTED. In furtherance of the same:

1.      Deborah Crain and E-Merger Law, PLLC are in all things DISQUALIFIED from representing any party in this lawsuit.

2.      Randal Bays and Alyssa Cuellar of the Bays Firm are in all things DISQUALIFIED from representing any party in this lawsuit.

SIGNED on _____, 2026.


_____
JUDGE PRESIDING

**1** of **1**