**From:** Noah Meek <nmeek@irelanlaw.com>
**Date:** May 27, 2026 at 12:00:06 PM CDT
**To:** John Brooks <jbrooks@viperenergytech.com>, Jeff Dugan <jdugan@viperenergytech.com>
**Cc:** dustin.etter@rocketmail.com
**Subject: Order Confirming Plan in AEP Bankruptcy Case**

Mr. Brooks and Mr. Dugan,

I wanted to make Viper aware that in the Alliance Energy Partners, LLC ("AEP") bankruptcy, Dustin Etter was granted all of the equity in AEP and all of AEP's non-cash assets including "*any and all **drilling motors**, drilling equipment, or other oil & gas-related equipment*" of AEP. See the last 5 pages of the attached order, which is a court-approved settlement agreement.

Additionally, I wanted to remind you that the temporary injunction issued in this case prohibits Mr. Furr or any person acting with him:

*from spending, transferring, encumbering, or otherwise disposing of, or entering into or approving any restriction on the transfer or sale of, leasing, expending, or otherwise impairing any funds, **drilling motors**, patents, investment interests, vehicles (including but not limited to automobiles), or other property of or received from or substantially funded by AEP, AFR, AEPH, Invictus, or any subsidiary of any of those entities . . .*

If Viper is in possession of any property of AEP or is aware of any violation by Mr. Furr of the temporary injunction, please let me know.

Thanks,

**Noah Meek**

Senior Counsel

Exhibit 2

**Irelan Stephens, PLLC**

2520 Caroline, 2ⁿᵈ Floor │ Houston, Texas  77004

Phone: 713.222.7666 │Fax: 713.222.7669

www.irelanlaw.com

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute, or use the message in any manner; and (iii) notify the sender immediately.

Smokeball Reference V3: a7292d67-2e3d-4e6f-9c92-72660517757c_e3f57a9f-763c-4900-80eb-92b57411ae93_498560f0-8784-40dc-a3a3-877ba3c7f804.

**IRELAN│STEPHENS**

Exhibit 2