IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DUSTIN ETTER,                          §
*Plaintiff*,                           §
                                       §
v.                                     §          Adversary No. 25-03382
                                       §
JEROD P. FURR, et al.,                 §
*Defendants.*                          §

---

**ORDER DENYING PLAINTIFF DUSTIN ETTER'S MOTION TO DISQUALIFY
DEBORAH L. CRAIN AND E-MERGER.LAW, PLLC AS COUNSEL**

---

On this day, the Court considered Plaintiff Dustin Etter's Motion to Disqualify Deborah L. Crain and E-Merger.Law, PLLC as Counsel (Dkt. No. 71) (the "Motion"), and the Response in Opposition filed by Defendant Jerod P. Furr and the related non-debtor entities. The Court, having considered the Motion, the Response, the arguments of counsel, and the applicable law, is of the opinion that the Motion is not well taken and should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff Dustin Etter's Motion to Disqualify Deborah L. Crain and E-Merger.Law, PLLC as Counsel (Dkt. No. 71) is DENIED.

IT IS FURTHER ORDERED that Deborah L. Crain and E-Merger.Law, PLLC may continue to represent Jerod P. Furr, individually, and the related non-debtor entities in this adversary proceeding (which is being sought to be remanded).

Signed: _____, 2026.

 

 

                                  _____
HONORABLE ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE