IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUSTIN ETTER, *Plaintiff,* | § § § | |
| v. | § § | Adversary No. 25-03382 |
| JEROD P. FURR, et al., *Defendants.* | § § § | |

## ORDER GRANTING DEFENDANTS AND COUNTER-PLAINTIFFS' EMERGENCY MOTION TO REMAND THE REMOVED ADVERSARY PROCEEDING

On this day, the Court considered the Emergency Motion to Remand the Removed Adversary Proceeding and Motion for Expedited Consideration (the "Motion") filed by Defendants and Counter-Plaintiffs Jerod P. Furr, individually, and AE Partners Holdings, Inc., AEP Asset Holdings, LLC, and Invictis Drilling Motors, LLC (collectively, "Movants"). The Court, having considered the Motion, any responses thereto, the arguments of counsel, and the applicable law, finds that the Motion is well taken and should be GRANTED.

The Court finds that this adversary proceeding, which was removed to this Court from the 457th Judicial District Court of Montgomery County, Texas, Cause No. 24-07-11639, asserts state-law claims and that remand to that court is warranted on equitable grounds. Accordingly,

IT IS THEREFORE ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this adversary proceeding, Adversary No. 25-03382, is REMANDED to the 457th Judicial District Court of Montgomery County, Texas, pursuant to 28 U.S.C. § 1452(b).

IT IS FURTHER ORDERED that the agreed temporary injunction orders entered in this adversary proceeding (Adv. Docs. 23 and 62) are DISSOLVED effective upon remand.

IT IS FURTHER ORDERED that the Clerk shall mail a certified copy of this Order to the Clerk of the 457th Judicial District Court of Montgomery County, Texas, in accordance with 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees incurred in connection with the removal and remand of this adversary proceeding.

Signed: _____, 2026.

_____
HONORABLE ALFREDO R. PEREZ
UNITED STATES BANKRUPTCY JUDGE

Adversary No. 25-03382 *Dustin Etter, et al v. Jerod P. Furr, et al*                                          Page **2** of **2**

*Proposed Order Granting Defendants and Counter-Plaintiffs' Emergency Motion to Remand the Removed Adversary Proceeding*