| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

# E-MERGER.LAW, PLLC'S
# INVENTORY OF DOCUMENTS PERTAINING TO REPRESENTATON OF DEBTOR ALLIANCE FARM AND RANCH, LLC
March 26, 2025 – April 30, 2026

## I. ADMIN

Engagement Letter 03/24/25
Invoice_563.pdf
Invoice_62.pdf
Invoice_100.pdf
Invoice_141_Redacted.pdf
Invoice_166.pdf
Invoice_192_redaction_fixed_Redacted.pdf
Invoice_243.pdf
Invoice_278.pdf
Invoice_308.pdf
Invoice_336.pdf
Invoice_347.pdf
Invoice_387.pdf
Invoice_433.pdf
Invoice_472.pdf
Invoice_529.pdf

## II. CLIENT DOCS

### a) iMazing phone extracts

2022-01-10 18 00 03 - Jeana Hurley - Dustin Etter.vcf
2022-02-18 08 30 39 - Erik Ostrander - Screenshot 2022-02-18 at 8.30.14 AM.jpeg
2022-03-03 19 07 04 - Erik Ostrander - IMG_3395.jpeg
2022-03-18 11 26 59 - Erik Ostrander - Resized_20220318_111939.jpg
2022-03-18 14 58 05 - Erik Ostrander - Jose.vcf
2022-03-18 20 47 42 - Erik Ostrander - Screenshot 2022-03-18 at 7.53.48 PM.jpeg
2022-03-19 11 13 40 - Erik Ostrander - Screenshot 2022-03-19 at 11.13.16 AM.jpeg
2022-03-21 11 16 57 - Erik Ostrander - 66956983868__E71E89B6-349A-430C-BD6C-702.jpg
2022-03-23 12 49 09 - Erik Ostrander - Allied Power Mart.vcf
2022-03-26 15 25 07 - Erik Ostrander - IMG_6130.jpg
2022-03-26 15 25 07 - Erik Ostrander - IMG_6131.jpg
2022-03-26 15 25 07 - Erik Ostrander - IMG_6132.jpg
2022-03-27 18 29 56 - Erik Ostrander - Review and sign document(s) DocuSign.png
2022-03-27 18 33 40 - Erik Ostrander - Screenshot 2022-03-27 at 6.33.05 PM.jpeg
2022-03-28 14 44 49 - Erik Ostrander - Screenshot 2022-03-28 at 2.39.46 PM.jpeg
2022-03-28 15 15 31 - Erik Ostrander - 67019132347__9913AFD5-C8E6-4124-BF73-0F3.jpg
2022-03-28 18 50 39 - Erik Ostrander - Rickey Matthews.vcf
2022-03-31 19 00 28 - Erik Ostrander - Jim Dennisson.vcf
2022-04-01 14 33 26 - Erik Ostrander - IMG_3423.jpg
2022-04-01 17 30 49 - Erik Ostrander - Fwd Coast To Coast Water Well & Septic, .jpeg
2022-04-03 19 46 08 - Erik Ostrander - Conche.vcf
2022-04-05 09 27 09 - Erik Ostrander - banking information for Jose Pedro V Alf.jpeg
2022-04-16 15 16 41 - Erik Ostrander - IMG_0534.jpg
2022-04-20 11 53 15 - Erik Ostrander - IMG_0584.jpg

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

2022-05-05 15 43 18 - Erik Ostrander - Chuck David.vcf
2022-05-05 17 26 10 - Erik Ostrander - Miguel Monsivais.vcf
2022-05-05 18 04 45 - Erik Ostrander - IMG_0632.jpg
2022-05-06 09 39 53 - Erik Ostrander - Tuatara 1 .pdf
2022-05-06 15 36 13 - Erik Ostrander - IMG_0643.jpg
2022-05-06 15 36 13 - Erik Ostrander - IMG_0644.jpg
2022-05-16 10 26 30 - Erik Ostrander - IMG_0757.jpg
2022-05-16 17 43 13 - Erik Ostrander - IMG_0758.jpg
2022-05-16 17 43 13 - Erik Ostrander - IMG_0759.jpg
2022-05-16 17 43 13 - Erik Ostrander - IMG_0760.jpg
2022-05-25 06 42 43 - Erik Ostrander - IMG_3475.jpg
2022-05-28 16 12 19 - Erik Ostrander - IMG_0798.jpg
2022-05-28 16 12 19 - Erik Ostrander - IMG_0799.jpg
2022-05-28 16 12 19 - Erik Ostrander - IMG_0800.jpg
2022-05-28 20 13 38 - Erik Ostrander - Vickie Dossey.vcf
2022-06-13 18 43 13 - Erik Ostrander - Ethan Rosas.vcf
2022-06-30 21 39 27 - Erik Ostrander - IMG_0907.jpg
2022-06-30 21 39 27 - Erik Ostrander - IMG_0908.jpg
2022-06-30 21 39 27 - Erik Ostrander - IMG_0909.jpg
2022-06-30 22 02 08 - Erik Ostrander - IMG_3505.jpeg
2022-07-04 16 08 07 - Erik Ostrander - IMG_1411.mov
2022-07-11 15 48 04 - Erik Ostrander - Screenshot 2022-07-11 at 3.46.58 PM.jpeg
2022-08-03 17 27 52 - Erik Ostrander - IMG_1079.jpg
2022-08-03 17 27 52 - Erik Ostrander - IMG_1080.jpg
2022-08-07 18 11 04 - Erik Ostrander - IMG_1087.jpg
2022-08-07 18 11 04 - Erik Ostrander - IMG_1088.jpg
2022-08-07 18 11 04 - Erik Ostrander - IMG_1089.jpg
2022-09-11 18 28 32 - Erik Ostrander - IMG_1087.jpg
2022-09-11 18 28 32 - Erik Ostrander - IMG_1163.jpg
2022-09-12 13 53 34 - Erik Ostrander - Trump and Son.mov
2022-09-20 10 03 26 - Erik Ostrander - Erik Ostrander.vcf
2022-10-04 12 11 53 - Erik Ostrander - 68659630414__CB6A0EE6-E3E1-4B47-88CF-BB1.jpg
2022-10-25 11 44 10 - Erik Ostrander - Fred Whitfield.vcf
2022-11-17 17 58 28 - Erik Ostrander - IMG_3687.jpg
2022-12-01 17 25 42 - Erik Ostrander - IMG_1307.MOV
2022-12-02 17 16 44 - Erik Ostrander - Terry Vick.vcf
2022-12-05 19 10 30 - Erik Ostrander - Screenshot 2022-11-20 at 5.23.44 PM.jpeg
2022-12-22 19 53 06 - Erik Ostrander - IMG_1325.jpg
2022-12-22 20 07 49 - Erik Ostrander - IMG_2274.jpg
2023-01-17 17 25 15 - Erik Ostrander - IMG_1361.jpg
2023-03-05 15 39 07 - Erik Ostrander - IMG_1410.jpg
2023-03-06 15 26 10 - Erik Ostrander - IMG_3819.jpg
2023-03-13 16 50 21 - Erik Ostrander - Contact.vcf
2023-03-18 20 51 51 - Erik Ostrander - IMG_1422.jpg
2023-03-18 22 23 18 - Erik Ostrander - IMG_3777.jpg
2023-04-14 06 26 42 - Erik Ostrander - image000000.jpg
2023-04-17 17 56 57 - Erik Ostrander - IMG_1487.jpg
2023-05-13 19 27 35 - Erik Ostrander - Screenshot 2023-05-13 at 7.27.15 PM.jpeg
2023-05-15 11 48 02 - Erik Ostrander - IMG_1559.jpg
2023-07-28 16 08 01 - Erik Ostrander - parks paton hoepfl & brown - Google Sear.jpeg
2023-07-28 16 19 25 - Erik Ostrander - Mona Foch.vcf
2023-07-28 17 55 36 - Erik Ostrander - Johnathan Seidhoff.vcf

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

2024-03-22 01 21 14 - Erik Ostrander - Screenshot 2024-03-22 at 1.20.52 AM.jpeg
2024-04-12 18 45 44 - Jim knight - Sniper-AEP NDA-executed 1.pdf
2024-04-12 18 45 44 - Jim knight - Sniper-AEP NDA-executed.pdf
2024-04-12 18 49 04 - Jim knight - AEP-Konnek Consult NDA.pdf
2024-04-23 14 10 55 - Erik Ostrander - Erik Ostrander.vcf
2024-05-12 19 23 36 - Erik Ostrander - Screenshot 2024-05-12 at 7.16.33 PM.jpg
2024-10-15 16 00 14 - Erik Ostrander - IMG_7138.jpg
2025-01-06 13 58 56 - Jeana Hurley - Dustin Etter Vs. Jerod Furr.pdf
2025-02-11 15 31 53 - Erik Ostrander - 76100230494__BFC21A4A-6666-436F-8457-1AE.jpg
2025-02-20 17 26 53 - Erik Ostrander - IMG_2369.JPG
Messages - +12815070042 & Dustin Etter & Binh Thai.pdf
Messages - +12815070042 & Dustin Etter & Binh Thai-1.pdf
Messages - +12815070042 & Dustin Etter & Candace Ca.pdf
Messages - +12815070042 & Dustin Etter & Dustin Tri.pdf
Messages - +12815070042 & Dustin Etter & Dustin Tri-1.pdf
Messages - +12815070042 & Dustin Etter & Jeramie Ye.pdf
Messages - +12815070042 & Dustin Etter & Julio Espi.pdf
Messages - +12815070042 & Dustin Etter & Julio Espi-1.pdf
Messages - +19034904305 & Justin Bailey & Dustin Et.pdf
Messages - BMK's Forever.pdf
Messages - Brittany Lopez & Dustin Etter & +1817337.pdf
Messages - Candace Cantu & +12815070042 & Dustin Et.pdf
Messages - danny Williams & Dustin Etter & Julio Es.pdf
Messages - Dave Hubenack.csv
Messages - Dave Hubenack.pdf
Messages - Dave Hubenack.xlsx
Messages - Dustin Etter & Binh Thai.pdf
Messages - Dustin Etter & Brittany Lopez & +1602737.pdf
Messages - Dustin Etter & Derek Sanderson.pdf
Messages - Dustin Etter & Dustin Trivieno.csv
Messages - Dustin Etter & Dustin Trivieno.pdf
Messages - Dustin Etter & Dustin Trivieno.txt
Messages - Dustin Etter & Dustin Trivieno.xlsx
Messages - Dustin Etter & Jeana Hurley & Dustin Tri.pdf
Messages - Dustin Etter & Jeramie Yeager.pdf
Messages - Dustin Etter & Kevin Sweeten & Jeramie Y.pdf
Messages - Dustin Etter & Kevin Sweeten.pdf
Messages - Dustin Etter & Matt.pdf
Messages - Dustin Etter.csv
Messages - Dustin Etter.pdf
Messages - Dustin Etter.txt
Messages - Dustin Etter.xlsx
Messages - Dustin Trivieno & Dustin Etter & Trinida.pdf
Messages - Erik Ostrander.csv
Messages - Erik Ostrander.pdf
Messages - Holly Rosser.csv
Messages - Holly Rosser.pdf
Messages - Holly Rosser.xlsx
Messages - Jeana Hurley & Dustin Etter & Julio Espi.pdf
Messages - Jeana Hurley.csv
Messages - Jeana Hurley.pdf
Messages - Jeana Hurley.xlsx

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

Messages - Jim knight.csv
Messages - Jim knight.pdf
Messages - Jim knight.xlsx
Messages - Julio Espinoza & Dustin Etter & Dustin T.pdf
Messages - Julio Espinoza & Dustin Etter.pdf
Messages - Julio Espinoza & Jeana Hurley & Dustin E.pdf
Messages - Matt North & Megan Retterath.pdf
Messages - Trudi.csv
Messages - Trudi.pdf
Messages - Trudi.xlsx

b) **5450 Honea Egypt**

**i.** 2022 Sale to Jerod Furr
2022.04.01 Deed of Trust.pdf
2022.04.01 HUD.pdf
2022.04.01 NOTICE Re First Payment =.pdf
2022.04.01 Real Estate Lien Note.pdf
2022.04.01 UTitle Closing Docs.pdf
2022.04.01 Warranty Deed with Vendor's Lien.pdf
2022.03.31 Buyer Walk Through.pdf

**ii.** Foreclosure Docs
Ex. 06 Apr 2nd text.pdf
2022.04.01 Real Estate Lien Note.pdf
2024.09.26 NOTICE of default.pdf
2024.11.06 Notice of Acceleration and Posting Re Dec 3rd sale.pdf
2024.11.28 Settlement Agmt.pdf
2024.12.06 Aff of Posting, Filing and Mailing Notice.pdf
2024.12.06 Notice of Acceleration and Posting Re Jan 7 sale.pdf
2025.01.07 Substitute Trustee Deed.pdf
2025.03.19 Coselli Memo.pdf
2025.12.06 Notice of Foreclosure Sale.pdf
2009064117.pdf
2022043836.pdf
2025002370.pdf
Ex. 04 Nov Notice with proof not delivered.pdf

**iii.** Montgomery Central Appraisal District
A0151 - Cartwright Matthew, TRACT 1-A, (A0018 1.490 AC), ACRES 21.92.pdf
A0151 - Cartwright Matthew, TRACT 1-A, (A0018 1.490 AC), ACRES 50.pdf
A0151 CARTWRIGHT MATTHEW, TRACT 1-A (SPLIT FOR AG), ACRES 1.000.pdf
Mobile Home on Property.pdf
TDHCA - Mobile Home Record.pdf
Texas State Codes - TaxNetUSA.pdf

**iv.** Expenses - Proof of Claim
proof of claim total.xlsx
083 AF&R E&W List, Ex. 01 - 07 Re #26, 31.pdf
130. Okin APP to employ Nunc pro tunc,.pdf
2025.07.29 Doc Inventory.pdf
2025.07.29 FURR Am. Proof of claim expenses Re Honea Egypt.pdf

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

Arroyo's.pdf
Copy of proof of claim total JF.xlsx
Ferguson.pdf
General ledger showing loan.pdf
Gladiator Home Security.pdf
Home Improvements all invoices svf final.pdf
Home Improvements all invoices.pdf
Luis Martinez Inc..pdf
0658096
0658096.pdf
0658096-1.pdf
0658096-2.pdf
0658096-3.pdf
0677178.pdf
0702608.pdf
0703019.pdf
0717747.pdf
0717914.pdf
0738331.pdf
0738331-1.pdf
0738331-2.pdf
0776615.pdf
0776615-1.pdf
0776615-2.pdf
0776615-3.pdf
0845111.pdf
0848694.pdf
0966437.pdf
0966558.pdf
1024492.pdf
1024492-1.pdf
1024619.pdf
CM348895.pdf
WS493185.pdf
Suppl POC
2025.07.29 FURR Suppl. POC docs final.pdf
AAA Water Well $14,945.00.pdf
Anthology Lighting $22,692.96.pdf
Arroyo's $35,888.88.pdf
Arroyo's $265,218.88.pdf
Builders First Chase $48,173.00.pdf
Ferguson $52,423.82.pdf
Ferguson $52,423.82__.pdf
FINAL Suppl-1 shared link.pdf
Luis Martinez $92,171.00.pdf
Mary Ross Custom Home $139,866.49.pdf
RBJ Architectural $5,178.50.pdf
2024.08.05 Recorded Lis Pendens.pdf

c) **Client documents from Thaison Hua**
Title Company Closing Documents.pdf
Acceptance of Financing Documents.pdf

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

Authorization Schedule.pdf
Debt Validation Notice.pdf
Exhibit A.pdf
Final Signed HUD.pdf
First Payment Notice.pdf
Miscellaneous Lender Docs.pdf
Miscellaneous Lender Docs_Part3.pdf
Notice of Foreclosure Sale 12.6.25.pdf
Open Clio Manage.url
Payment Statement.pdf

d) **Isodrill**
02/16/16 Bylaws
05/07/21 Subscription and Joinder Agreement with AEP
08/31/21 Notice of election to purchase additional shares of Isodrill
08/10/23 Stock Exchange Agreement
08/10/23 Preferred Stock Purchase Agreement
05/16/24 2nd Am & Restated Stockholders Agreement
05/16/24 Note Secured by Shares
05/16/24 Share Pledge
05/16/24 Stock Purchase Agreement
12/15/24 Termination and waiver agreement with AE Partners
12/23/25 3rd Am Restated Stockholders' Agreement - BOD approved

e) **Patent**
Supreme APA.6.24.2022.pdf
2024.12.09 email from williams to dugan with drawings.pdf
2025.02.25 email williams to dugan with drawings.pdf
Bill of Sale.6.24.2022.pdf
Copy of 2026.03.11 svf TIMELINE.pdf
Copy of drawings for motor.pdf
Danny T. Williams Inventions, Patents Justia Patents Search.pdf
Filed patent assignment.pdf
Patent assignment.6.24.2022.pdf
Patent License.6.24.2022.pdf
Promissory Note 6.24.2022.pdf

f) **QuickBooks**
2021 ap.xlsm
2021 a-r.xlsm
2021 cashflow.xlsm
2021 gl.xlsm
2021 pl.xlsm
2022 ap.xlsm
2022 a-r.xlsm
2022 cashflow.xlsm
2022 gl.xlsm
2022 pl.xlsm
2023 ap.xlsm
2023 ar.xlsm
2023 cashflow.xlsm

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

2023 gl.xlsm
2023 pl.xlsm
2024 ap.xlsm
2024 a-r.xlsm
2024 cashflow.xlsm
2024 gl.xlsm
2024 pl.xlsm

g) **Truist Bank Records**
2A & CERT.pdf
CORP RESOLUTION.pdf
Subpoena - Truist Bank (COMPLETE).pdf
2025062000050000-STMTS X3728
2025062000060000-STMTS X5958
IMAGES X3728
IMAGES X5958
SIG CARDS
WIRES

III. CORRESPONDENCE

a) 2025-03
b) 2025-04
c) 2025-05
d) 2025-06
e) 2025-07
f) 2025-08
g) 2025-10
h) 2025-11
i) 2025-12
j) 2026-01
k) 2026-02
l) 2026-03
m) 2026-04
n) Text Messages

IV. NOTES

Filings Index
Filings Index Adv.
Court Procedures – Judge Perez
Local Rules
Federal Rules of Bankruptcy Procedure
**2026.09.03 Privilege Log Re hearing notebooks.xlsx**
**2026.09.03 Privilege Log dlc.xlsx**

a) **2025.06.05 Conference**
2025.06.05 Conference\2025.06.05 Master timeline.docx
2025.06.05 Conference\AEP 2021 - 2024 Books.pdf
2025.06.05 Conference\AEP Books Index.pdf

2025.06.05 Conference\Double Dipping and Other Anomalies.pdf
2025.06.05 Conference\Messages - Dustin Etter.pdf
2025.06.05 Conference\Open Clio Manage.url
2025.06.05 Conference\Preliminary Findings - Etter received more than Etter.pdf

b) **202512.12 ADR HEARING**

| | |
|---|---|
| Size: | 240 MB (251,863,598 bytes) |
| Size on disk: | 240 MB (251,861,050 bytes) |
| Contains: | 284 Files, 28 Folders |

c) **2026.03.04 Hearing Notebook**

| | |
|---|---|
| Size: | 598 MB (627,134,746 bytes) |
| Size on disk: | 598 MB (627,613,696 bytes) |
| Contains: | 256 Files, 8 Folders |

d) **2026.04.16 Hearing Notebook**

| | |
|---|---|
| Size: | 503 MB (527,437,971 bytes) |
| Size on disk: | 503 MB (527,568,896 bytes) |
| Contains: | 63 Files, 3 Folders |

e) **Danny Williams**
LinkedIn

f) **Drilling equipment**
2025.07.22 drilling equipment.xlsx
vendor list quickbooks.xlsm

g) **Legal Research**
*Lis Pendens*
Traces Loft Village Management v. Frappier cannot LP for money damages

h) **Pena, Trinidad**
Lexis Report
Truthfinder Report

i) **RE Daily & Etter Reports**
Report Re Daily & Etter am.docx
Report Re Daily & Etter.docx
Report Re Daily & Etter.pdf
Report with Lexis Reports.pdf
2024.09.11Travis Daily Termination Letter.pdf
2025.0819 Brief Timeline Re Daily and others.pdf
Entity report and records.docx

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

Entity report and records.pdf
Entity report with records final.pdf

j) **SOFA**
2025.07.14 SOFA updated-Signed.pdf
2025.07.14 SOFA with attachments.pdf
2025.08.28 Am. SOFA attach updated dlc.docx
2025.08.28 Am. SOFA attach updated dlc.pdf
2025.08.28 Am. SOFA attach updated dlc-Signed.pdf
2025.08.28 Am. SOFA attachment dlc.pdf
2025.08.28 Am. SOFA svf dlc.docx
2025.08.28 sofa memo notes dlc draft.docx
2025.08.28 SOFA with attachments dlc.pdf
2025.08.28 updated SOFA dlc.pdf
2025.08.28 updated SOFA dlc-Signed.pdf
2025.09.02 Am. SOFA attach updated dlc.docx
2025.09.02 Am. SOFA attach updated dlc1.docx
AEP 2024 general ledger.pdf
Attachment to the Statement of Financial Affairs-Signed.pdf
DUSTIN ETTER PAYMENTS.pdf
Exhibit 1-Etter - Contribution Agreement.pdf
PL 23-25.pdf

k) **Specialized Energy Services, LLC**
2025.07.28 - Lexis Results for Specialized_Energy_Services

l) **Viper**
CA NDA 2025-SSES & Viper-executed
Viper TD & Supreme Mutual NDA 3 Way_ DRAFT _06-24-25 r4TD

V. PREVIOUSLY PRODUCED/SHARED FILES

a) **Trustee shared folder**

**i.** Alliance Energy Partners
Alliance Organizational consent.pdf
Alliance Energy Partners - Certificate of Formation.pdf
Alliance LLC Agreement.pdf

**ii.** Alliance Farm and Ranch
1132495570002.PDF
AF&R 2023 Tax receipt.pdf
Operating Agreement.pdf

**iii.** Banking
Amex.pdf
Frost Bank.pdf
Open Clio Manage.url
Truist Bank.pdf

**iv.** Bankruptcy Filings
**v.** Corporate

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

Certificate of Filing.pdf
Certificate of Formation.pdf
EIN 2.pdf
Secretary of State Formation.pdf
SS4.pdf

**vi.** DLC Notes of additional work to be done
2025.06.05 draft notes for trustee of WIP updated with details.docx
Double Dipping and Other Anomalies.pdf
Hand written document showing distributions.pdf
Sommer.log
Sommer.pdf
Stephen soldier.log
Stephen soldier.pdf
2025.05.30 draft notes for trustee of WIP but paused.docx

**vii.** Drilling Equipment Proposal
Alliance Proposal 7.22.25.pdf
Drilling proposal quote.pdf

**viii.** Etter v. Furr, et al

**ix.** Executive Summary
Furr Executive outline 06/16/25

**x.** Honea Egypt
Ex. 16 Construction invoices.pdf
Ex. 01. Warranty Deed and sales contract Amended.pdf
Ex. 02. Real Estate Lien Note.pdf
Ex. 03. Deed of Trust.pdf
Ex. 07. Settlement Agreement.pdf
Ex. 10. Substitute Trustee Deed.pdf
Ex. 11. Sales contract with disclosure signed by JF.pdf
Ex. 14 alternative.pdf
Ex. 04. Apr 2nd text.pdf
2022.04.01 Real Estate Lien Note.pdf
Ex. 12. Text confirming moved in Aug 31 2022 Messages.pdf
Ex. 13. Text Re 170k penalty May 22 2024.pdf
2024.08.05 Lis Pendens.pdf
Ex. 14 Text Re we can figure out settlement amount Aug 26, 2024.pdf
2024.09.26 NOTICE of default.pdf
2024.11.06 Notice of Acceleration and Posting Re Dec 3rd sale.pdf
2024.11.28 Settlement Agmt.pdf
2024.12.06 Aff of Posting, Filing and Mailing Notice.pdf
2024.12.06 Notice of Acceleration and Posting Re Jan 7 sale.pdf
2025.01.07 Substitute Trustee Deed.pdf
2025-04-28 Motion to Expunge Notice of Lis Pendens (Exhibits).pdf
2025.12.06 Notice of Foreclosure Sale.pdf
Ex. 15 500k and pay off over 6 months Mar 22.pdf
Ex. 05. Sep Notice.pdf
Ex. 04 Nov Notice with proof not delivered.pdf

Ex. 06. Nov Notice with proof not delivered.pdf
Ex. 08. December Notice of Acceleration.pdf
Ex. 09. December notice of sale.pdf

**xi.** Property Taxes
2021 ap.xlsm
2021 a-r.xlsm
2021 cashflow.xlsm
2021 gl.xlsm
2021 pl.xlsm
2022 ap.xlsm
2022 a-r.xlsm
2022 cashflow.xlsm
2022 gl.xlsm
2022 pl.xlsm
2023 ap.xlsm
2023 ar.xlsm
2023 cashflow.xlsm
2023 gl.xlsm
2023 pl.xlsm
2024 ap.xlsm
2024 a-r.xlsm
2024 cashflow.xlsm
2024 gl.xlsm
2024 pl.xlsm

**xii.** J Parker Banking records
August, 2024 (1).pdf
August, 2024 (2).pdf
August, 2024.pdf
February, 2024 (1).pdf
February, 2024.pdf
February, 2025.pdf
January, 2025.pdf
July, 2025.pdf
June, 2024 (1).pdf
June, 2024 (2).pdf
June, 2024 (3).pdf
June, 2024.pdf
March, 2024 (1).pdf
March, 2024 (2).pdf
March, 2024 (3).pdf
March, 2024.pdf
March, 2025.pdf
May, 2024 (1).pdf
May, 2024.pdf
May, 2025 (1).pdf
May, 2025.pdf
November, 2024 (1).pdf
November, 2024 (2).pdf
November, 2024 (3).pdf

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

November, 2024.pdf
October, 2024.pdf
Onetime ACH Payments-20250721.xlsx
All Wire Activity_2025.xlsx
April, 2025.pdf

**xiii.** J Parker Construction
2024.10.16 - Invoice 1047_LMC_HC ADA Plates.pdf
2024.08.29 - LMC Purchase Order No. 24-1263-02_HC_Nov 2024 Election Temporary Ramp Install.pdf
2024.10.16 - Invoice 1047_LMC_HC ADA Plates - Copy.pdf

**xiv.** Personal Banking Records JF
August 2024 personal statement.pdf
Dec 2024 personal statement.pdf
Feb 2025 personal statement.pdf
Jan 2025 personal statement.pdf
June 2025 personal statement.pdf
March 2025 personal statement.pdf
May 2025 personal statement.pdf
November 2024 personal statement.pdf
October 2024 personal statement.pdf
Open Clio Manage.url
September 2024 statement.pdf
April 2025 personal statement.pdf

**xv.** QuickBooks
2021 ap.xlsm
2021 a-r.xlsm
2021 cashflow.xlsm
2021 gl.xlsm
2021 pl.xlsm
2022 ap.xlsm
2022 a-r.xlsm
2022 cashflow.xlsm
2022 gl.xlsm
2022 pl.xlsm
2023 ap.xlsm
2023 ar.xlsm
2023 cashflow.xlsm
2023 gl.xlsm
2023 pl.xlsm
2024 ap.xlsm
2024 a-r.xlsm
2024 cashflow.xlsm
2024 gl.xlsm
2024 pl.xlsm

**xvi.** Vehicle Titles
2021 Mercedes-Benz; AEP and JF as Co-Signer

2021 Mercedes-Benz; AEP and JF as Co-Signer\2025.06.22 - 2021 MB Statement.pdf
2021 Mercedes-Benz; AEP and JF as Co-Signer\2021 Mercedes-Benz.pdf

b) **Meek files**
FURR TRUSTEE DOCS 000001 – 001048

**i.** Alliance Energy Partners
Alliance Organizational consent.pdf
Alliance Energy Partners - Certificate of Formation.pdf
Alliance LLC Agreement.pdf

**ii.** Alliance Farm and Ranch
1132495570002.PDF
AF&R 2023 Tax receipt.pdf
Operating Agreement.pdf

**iii.** Banking
Amex.pdf
Frost Bank.pdf
Truist Bank.pdf

**iv.** Etter v. Furr, et al
2024.09.13 Furr, et al's Mto Strike Suppl. Pet. DENIED Oct. 28, 2024
2024.11.14 P's MSJ Re Books & Records DENIED Dec. 13, 2024
2024.12.02 P's Mto Appoint Receiver DENIED Dec. 13, 2025
2024.12.13 Furr, et al’s Obj to sdt Re JAMES HUBENAK
2024.12.16 P's 1st Mto compel GRANTED Jan 28, 2025
2024.12.23 Agreed Mto Con't GRANTED Jan. 8, 2025
2025.01.31 P's TCPA Mto dismiss DENIED APR 25, 2025
2025.02.06 P's 2nd Mto compel GRANTED May 4, 2025
2025.02.11 Furr, et al Mto dismiss add'l parties DENIED MAR 9, 2025
2025.02.14 Furr, et al's Mto Extend Disc period GRANTED Feb 22, 2025
2025.02.24 2nd AGREED Mto Con't DENIED FEB 26, 2025
2025.04.28 Motion to Expunge Notice of Lis Pendens

1. ORDERS
2024.09.06 ORDER signed granting 1st Am. TRO
2024.09.12 Docket Control Order
2024.09.23 ORDER signed granting P's Mto sub counsel
2024.10.08 ORDER signed denying Ds' Mto strike 1st suppl Pet.
2024.12.13 ORDER signed denying P's Mto appoint Rcvr
2024.12.13 ORDER signed denying P's partial MSJ Re books & records
2025.01.08 ORDER signed granting AGREED Mto con't
2025.01.28 ORDER signed granting P's 1st Mto compel
2025.02.21 ORDER signed granting in part Ds' Mto extend disc period
2025.02.26 ORDER signed denying 2nd AGREED Mto con't
2025.03.09 ORDER signed denying Ds' Mto dismiss additional parties
2025.04.04 ORDER signed denying Mto reconsider 2nd AGREED Mto con't
2025.04.25 ORDER signed denying P's Ch. 27 Mto dismiss

| UNITED STATES BANKRUPTCY COURT<br>IN THE SOUTHERN IS DISTRICT OF TEXAS<br>Bankruptcy Case No. 2530155 | FILE TURNOVER INVENTORY RE:<br>ALLIANCE FARM AND RANCH, LLC |
|---|---|

2025.05.04 ORDER signed granting P's 2nd Mto compel
2025.12.20 Furr, et al's Mto quash Re Isodrill

**v.** PETITIONS & ANSWERS
2024.08.05 ORIG. Pet, Apps for TRO & PI
2024.08.21 1st Am ORIG. Pet.
2024.09.11 1st. Suppl. ORIG. Pet.
2024.09.13 2nd Am ORIG. Pet.
2024.09.24 Furr, et al ORIG. Answer
2024.10.08 3rd Am ORIG. Pet.
2024.11.05 4th Am ORIG. Pet.
2024.11.25 5th Am ORIG. Pet.
2024.12.06 Furr, et al ORIG. cc
2024.12.09 6th Am ORIG. Pet.
2025.01.15 7th Am ORIG. Pet.
2025.02.04 Hurley, et al ORIG. Answer to 7th Am ORIG. Pet.
2025.03.27 8th Am ORIG. Pet.
2024.07.29 ORIG. Pet, Apps for TRO & PI

**vi.** Furr v. Ostranders 25-01-0068
2025.04.21 P's 1st Am ORIG pet App for TRO & TI
2025.04.22 Rule 11 Agreement for Settlement
2025.05.20 Nonsuit w Prejudice
2025.05.21 SIGNED Order Granting Nonsuit of Defendants.

**vii.** Honea Egypt
2022.04.01 Real Estate Lien Note
2024.08.05 Lis Pendens
2024.09.26 NOTICE of default
2024.11.06 Notice of Acceleration and Posting Re Dec 3rd sale
2024.11.28 Settlement Agmt
2024.12.06 Aff of Posting, Filing and Mailing Notice
2024.12.06 Notice of Acceleration and Posting Re Jan 7 sale
2025.01.07 Substitute Trustee Deed
2025.12.06 Notice of Foreclosure Sale
2025.04.28 Motion to Expunge Notice of Lis Pendens (Exhibits)
Ex. 01. Warranty Deed and sales contract Amended
Ex. 02. Real Estate Lien Note
Ex. 03. Deed of Trust
Ex. 04 Nov Notice with proof not delivered
Ex. 04. Apr 2nd text
Ex. 05. Sep Notice
Ex. 06. Nov Notice with proof not delivered
Ex. 07. Settlement Agreement
Ex. 08. December Notice of Acceleration
Ex. 09. December notice of sale
Ex. 10. Substitute Trustee Deed
Ex. 11. Sales contract with disclosure signed by JF
Ex. 12. Text confirming moved in Aug 31 2022 Messages
Ex. 13. Text Re 170k penalty May 22 2024
Ex. 14 alternative

Ex. 14 Text Re we can figure out settlement amount Aug 26, 2024
Ex. 15 500k and pay off over 6 months Mar 22
Ex. 16 Construction invoices

**viii.** QuickBooks
2021 ap.xlsm
2021 a-r.xlsm
2021 cashflow.xlsm
2021 gl.xlsm
2021 pl.xlsm
2022 ap.xlsm
2022 a-r.xlsm
2022 cashflow.xlsm
2022 gl.xlsm
2022 pl.xlsm
2023 ap.xlsm
2023 ar.xlsm
2023 cashflow.xlsm
2023 gl.xlsm
2023 pl.xlsm
2024 ap.xlsm
2024 a-r.xlsm
2024 cashflow.xlsm
2024 gl.xlsm
2024 pl.xlsm
gl 2021-2024.xlsm

Respectfully submitted,

E-MERGER LAW, PLLC

/s/ Deborah L. Crain

Deborah L. Crain
Bar Card No.: 24067319
dcrain@e-merger.law
Stephen A. Coselli
Bar Card No.: 24122671
scoselli@e-merger.law
1334 Brittmoore Road #2314
Houston. Texas 77043
dcrain@e-merger.law
(346) 535-0818